| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Rosemary T. McGuire, Esq. | Bar No. 142937 |
| Michael R. Linden, Esq. | Bar No. 192485 |

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO, JERRY DYER, and MIKE PALOMINO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUERO, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ), <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police for the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer for the CITY OF FRESNO; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 1:10-CV-00581-AWI-DLB <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** <br> **[Fed. R. Civ. P. 12(b)(6)]** <br><br> Date:   June 7, 2010 <br> Time:  1:30 p.m. <br> Ctrm.:  2 <br> The Honorable Anthony W. Ishii <br><br><br> Complaint Filed: April 5, 2010 <br> Trial Date: TBA |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 7, 2010, at 1:30 p.m., or as soon thereafter as the matter can be heard in Courtroom Two of the above-entitled court, located at 2500 Tulare Street,

---
Notice of Motion and Motion to Dismiss Complaint

Fresno, California, defendants CITY OF FRESNO ("defendant CITY"), JERRY DYER ("defendant DYER"), and MIKE PALOMINO ("defendant PALOMINO"), will, and hereby do, move this Court pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(6), for an order dismissing portions of the complaint of the plaintiffs JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUERO, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ) (collectively hereinafter "Plaintiffs").

Specifically, Defendants move for dismissal on the following grounds:

1. Only Decedent's successor-in-interest can maintain an action for a violation of Decedent's Fourth Amendment rights;
2. The Official-Capacity claims against defendants DYER and PALOMINO are redundant;
3. The Complaint does not contain facts supporting defendant DYER's individual liability;
4. Defendants CITY cannot be liable for wrongful death;
5. Plaintiffs have failed to plead facts supporting the wrongful death liability of defendant DYER;
6. The Third Cause of Action for Negligence is redundant;
7. Defendant CITY cannot be liable for negligence.

///
///
///
///
///
///
///

This motion is based on this notice of motion and motion, the attached memorandum of points and authorities, on the records and files of this matter, and on such oral and documentary evidence as may be presented at the hearing of this motion.

DATED: April 26, 2009

WEAKLEY, ARENDT & McGUIRE, LLP

By:  /s/ James D. Weakley
James D. Weakley
Rosemary T. McGuire
Michael R. Linden
Attorney for Defendants
CITY OF FRESNO, JERRY DYER, and
MIKE PALOMINO