IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF FRESNO, et al.,<br><br>        Defendants. | NO. 1:10-CV-00581 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JUNE 7, 2010, AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion to dismiss has been set for hearing in this case on June 7, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 7, 2010, is VACATED, and the parties shall not appear at that time. As of June 7, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **June 3, 2010**                          /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE