1 | ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
2 | WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
3 | THEODORE M. HASSE (CA SBN 257794)
THasse@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street, Suite 3200
5 | San Francisco, California  94105-2482
Tel:  415.268.7000
6 | Fax:  415.268.7522

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police for the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer for the CITY OF FRESNO; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   10-CV-00581-AWI-DLB<br><br>**STIPULATION REGARDING PLAINTIFFS' FIRST AMENDED COMPLAINT, AND ORDER**<br><br>Complaint filed:    April 5, 2010 |

Stipulation Regarding Amended Complaint
Civil Case No. 10-CV-00581-AWI-DLB
sf-2864394

1  The parties, through their undersigned counsel, hereby stipulate that the plaintiffs may
2  amend their complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.  A copy of
3  Plaintiffs' First Amended Complaint is attached hereto.

4  The parties further stipulate that the defendants may have ten (10) days to file an answer
5  to Plaintiffs' First Amended Complaint.

6

7  **IT IS SO STIPULATED.**

8  Dated:  June 30, 2010   ARTURO J. GONZÁLEZ
                            WESLEY E. OVERSON
9                           THEODORE M. HASSE
                            MORRISON & FOERSTER LLP
10

11
                            By:   */s/ Wesley E. Overson*
12                                WESLEY E. OVERSON
                                  [woverson@mofo.com]
13
                            Attorneys for Plaintiffs
14

15  Dated:  June 30, 2010   JAMES D. WEAKLEY
                            ROSEMARY T. MCGUIRE
                            MICHAEL R. LINDEN
16                          WEAKLEY, ARENDT & McGUIRE, LLP

17

18
                            By:   */s/ Rosemary T. McGuire*
19                                ROSEMARY T. MCGUIRE
                                  [rosie@wam-llp.com]
20
                            Attorneys for Defendants
21

22
IT IS SO ORDERED.
23

24  Dated:  **June 30, 2010**          /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE
25

26

27

28

Stipulation Regarding Amended Complaint                                                          2
Civil Case No. 10-CV-00581-AWI-DLB
sf-2864394