James D. Weakley, Esq.        Bar No. 082853
James J. Arendt, Esq.         Bar No. 142937
Valerie J. Velasco, Esq.      Bar No. 267141

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, and MIKE PALOMINO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ), <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police for the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer for the CITY OF FRESNO; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 1:10-CV-00581-AWI-DLB <br><br> **STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Scheduling Order be modified as set forth below.  Good cause exists for this modification

---

Stipulation to Modify Scheduling Order

due to the inability to complete discovery by the scheduled cut-off date as there is a pending motion for reconsideration before the Court that will determine the extent of discovery to follow.

| **Description** | **Current Date** | **New Date** |
| --- | --- | --- |
| Expert Witness Disclosures | March 14, 2011 | May 13, 2011 |
| Non-Expert Discovery Cut-Off | March 28, 2011 | May 27, 2011 |
| Supplemental Expert Disclosures | March 28, 2011 | May 27, 2011 |
| Expert Discovery Cut-Off | April 25, 2011 | June 16, 2011 |
| Last Day to Hear Dispositive Motions | June 3, 2011 | August 5, 2011 |
| Last Day to Hear Non-Dispositive Motions | June 6, 2011 | August 5, 2011 |
| Pretrial Conference | July 22, 2011 | September 28, 2011 |
| Trial Date | October 4, 2011 | December 6, 2011 |

DATED:   March 2, 2011

WEAKLEY & ARENDT, LLP

By:   /s/ Valerie J. Velasco
James D. Weakley
Valerie J. Velasco
Attorneys for Defendants

DATED:   March 2, 2011

MORRISON & FOERSTER, LLP.

By:   /s/ Theodore M. Hasse
Arturo J. Gonzalez
Wesley E. Overson
Theodore M. Hasse
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:   **March 2, 2011**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE