IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> CITY OF FRESNO, et al., ) <br> ) <br>     Defendants. ) <br> _____) | NO. 1:10-CV-00581-AWI DLB <br><br> ORDER VACATING <br> MARCH 21, 2011 HEARING <br> DATE AND TAKING MATTER <br> UNDER SUBMISSION |

  Defendants' motion for reconsideration has been set for hearing in this case on March 21, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 21, 2011, is VACATED, and the parties shall not appear at that time. As of March 21, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  March 16, 2011              _____
                           CHIEF UNITED STATES DISTRICT JUDGE