```
James D. Weakley, Esq.        Bar No. 082853
Valerie J. Velasco, Esq.      Bar No. 267141

        WEAKLEY & ARENDT, LLP
       1630 East Shaw Avenue, Suite 176
            Fresno, California  93710
           Telephone: (559) 221-5256
           Facsimile:  (559) 221-5262
```

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, and MIKE PALOMINO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ),<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police for the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer for the CITY OF FRESNO; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 1:10-CV-00581-AWI-DLB<br><br>STIPULATION AND ORDER TO CONTINUE HEARING RE: DISCOVERY DISPUTE TO MAY 3, 2011<br><br>Date:  May 3, 2011<br>Time:  9:00 a.m<br>Courtroom:  9<br>        The Honorable Dennis L. Beck |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that the parties by and through their attorneys of record have stipulated to continue the date of the telephonic conference re: discovery dispute from April 29,

---

Stipulation and [Proposed] Order to Continue Hearing Date

2011 to May 3, 2011 at 9:00 a.m.  Yesterday, the parties attempted to communicate with the Court to continue the time for this hearing to a time in the afternoon on April 29, 2011 due to an unavoidable conflict and were informed that the Court would be available on May 3, 2011 at 9:00 a.m., to conduct the hearing.  The parties believed that although the Court ordered the joint statement be filed by April 25, 2011, that because the hearing date was being moved, Local Rule 251 would control the filing of the joint statement rather than the Court's previous order.  The parties have met and conferred and the joint statement re: discovery dispute will be filed today, which is seven days prior to the May 3, 2011 continued hearing date.

DATED:   April 26, 2011

WEAKLEY & ARENDT, LLP

By:   /s/  Valerie J. Velasco
James D. Weakley
Valerie J. Velasco
Attorneys for Defendants

DATED:   April 26, 2011

MORRISON - FOERSTER, LLP

By:   /s/  Theodore Hasse
Theodore Hasse
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:   **April 26, 2011**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE