ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
THEODORE M. HASSE (CA SBN 257794)
THasse@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, Suite 3200
San Francisco, California  94105-2482
Tel:  415.268.7000
Fax: 415.268.7522

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, in his individual capacity; MIKE PALOMINO, in his individual capacity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   10-CV-00581-AWI-DLB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF JOINT STATEMENT OF DISCOVERY DISPUTES**<br><br>Complaint filed:   April 5, 2010 |

1  It is hereby ordered that Plaintiffs' Request to Seal Documents in Support of Joint
2  Statement of Discovery Disputes is GRANTED.

6  Dated: April 27, 2011               /s/ Dennis L. Beck
7                                      HONORABLE DENNIS L. BECK
                                       UNITED STATES MAGISTRATE JUDGE