James D. Weakley, Esq.       Bar No. 082853
James J. Arendt, Esq.         Bar No. 142937
Valerie J. Velasco, Esq.      Bar No. 267141

    WEAKLEY & ARENDT, LLP
  1630 East Shaw Avenue, Suite 176
    Fresno, California   93710
    Telephone: (559) 221-5256
    Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, and MIKE PALOMINO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ), <br><br>        Plaintiffs, <br><br>vs. <br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police for the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer for the CITY OF FRESNO; and DOES 1 through 50, inclusive, <br><br>        Defendants. | CASE NO. 1:10-CV-00581-AWI-DLB <br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

     IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Scheduling Order be modified as set forth below.  Good cause exists for this modification

---

Stipulation to Modify Scheduling Order

due to the recent order granting plaintiff's motion to compel extensive amounts of documentation from defendant CITY OF FRESNO and the time that will be necessary to comply with that order and conduct discovery relating to those documents.

| **Description** | **Current Date** | **New Date** |
|---|---|---|
| Expert Witness Disclosures | May 13, 2011 | June 3, 2011 |
| Non-Expert Discovery Cut-Off | May 27, 2011 | June 17, 2011 |
| Supplemental Expert Disclosures | May 27, 2011 | June 17, 2011 |
| Expert Discovery Cut-Off | June 16, 2011 | July 13, 2011 |

All other dates will remain as previously ordered.

DATED:   May 5, 2011

                                      WEAKLEY & ARENDT, LLP

By:   /s/ Valerie J. Velasco
James D. Weakley
Valerie J. Velasco
Attorneys for Defendants

DATED:   May 5, 2011

                                      MORRISON & FOERSTER, LLP.

By:   /s/ Theodore M. Hasse
Arturo J. Gonzalez
Wesley E. Overson
Theodore M. Hasse
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:   **May 13, 2011**            **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE