ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
THEODORE M. HASSE (CA SBN 257794)
THasse@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, Suite 3200
San Francisco, California 94105-2482
Tel: 415.268.7000
Fax: 415.268.7522

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ), <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, a municipal corporation; JERRY DYER, in his individual capacity; MIKE PALOMINO, in his individual capacity; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.   10-CV-00581-AWI-DLB <br><br> **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** <br><br> Complaint filed:   April 5, 2010 |

1  IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the deadlines for expert witness disclosures and supplement expert disclosures be extend by one week.

The parties seek this one week extension for the following reasons:

1) Certain other of Defendants' supplemental responses to interrogatories relevant to the content of an anticipated expert report, mailed on July 1, were not received by Plaintiffs until yesterday. Plaintiffs believe this does not allow sufficient time for the material to be incorporated into an expert report. However, there will be sufficient time to incorporate the information in the responses as needed into an expert report by July 15.

2) Some documents relevant to the content of an anticipated expert report requested by Plaintiffs sent on July 6 by Defendants were not received until today, July 8. Plaintiffs believe this does not allow sufficient time for the material to be incorporated into an expert report. However, there will be sufficient time to incorporate the information in the documents as needed into an expert report by July 15.

3) Plaintiffs also informed Defendants on July 7 that Plaintiffs believe other documents are missing from Defendants' document production—documents also relevant to the content of an anticipated expert report. An additional week will at least provide the parties some time to resolve this issue—that is, for Defendants to investigate the issue and produce documents if or when they determine that there are other missing documents—without requiring the remaining deadlines to be modified. The parties do not wish to modify the remaining deadlines.

4) Defendants also plan to send an electronic copy of a declaration in support of objections to an interrogatory today, July 8, because Plaintiffs have asserted those objections are improper. Plaintiffs believe that the interrogatory response is relevant to the content of an anticipated expert report. An additional week will at least allow the parties some time to meet and confer once the declaration is received in order to try to avoid the necessity of seeking the Court's intervention in this dispute—without requiring the remaining deadlines to be modified. The parties do not wish to modify the remaining deadlines.

1    The parties anticipate that additional time would be needed to produce supplemental expert disclosure, if any, in light of a change in the expert witness disclosures deadline. This change would also not impact other deadlines.

   For these above stated reasons, good cause exists for this modification.

| **Description** | **Current Date** | **New Date** |
|---|---|---|
| Expert Witness Disclosures | July 8, 2011 | July 15, 2011 |
| Supplemental Expert Disclosures | July 22, 2011 | July 29, 2011 |

The remaining deadlines, including the expert discovery cut-off, the last day to hear non-dispositive and dispositive motions, the pretrial conference, and the trial date will remain as previously ordered.

Dated: July 8, 2011

ARTURO J. GONZÁLEZ
WESLEY E. OVERSON
THEODORE M. HASSE
MORRISON & FOERSTER LLP

By:   */s/ Theodore M. Hasse*
   THEODORE M. HASSE
   Attorneys for Plaintiffs

Dated: July 8, 2011

JAMES D. WEAKLEY
VALERIE J. VELASCO
WEAKLEY & ARNDT, LLP

By:   */s/ Valerie J. Velasco*
   VALERIE J. VELASCO
   Attorneys for Defendants

IT IS SO ORDERED.

Dated:   **July 11, 2011**          /s/ *Dennis L. Beck*
                     UNITED STATES MAGISTRATE JUDGE