| | |
|---|---|
| 1 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 2 | WESLEY E. OVERSON (CA SBN 154737) |
|   | WOverson@mofo.com |
| 3 | THEODORE M. HASSE (CA SBN 257794) |
|   | THasse@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, Suite 3200 |
| 5 | San Francisco, California  94105-2482 |
|   | Tel:  415.268.7000 |
| 6 | Fax:  415.268.7522 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ),

Plaintiffs,

v.

CITY OF FRESNO, a municipal corporation; JERRY DYER, in his individual capacity; MIKE PALOMINO, in his individual capacity; and DOES 1 through 50, inclusive,

Defendants.

Case No.   10-CV-00581-AWI-DLB

**STIPULATION AND ORDER CONTINUING SCHEDULED HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Complaint filed:    April 5, 2010

1    IT IS HEREBY STIPULATED by and between the parties through their respective
2 counsel that the August 22, 2011 hearing date for Defendants' Motion for Summary Judgment be
3 continued for one week, to **August 29, 2011 at 1:30 p.m.**
4    The parties seek this one week extension because of conflicts created by the schedule for
5 each of the captioned counsel for Plaintiffs:
6    1)  Theodore M. Hasse's official return from paternity leave was yesterday, leaving three
7 business days of work until the date Plaintiffs' opposition would be due based on the motion
8 hearing date that was set a week after the birth of his child and during his leave.
9    2)  Arturo J. González is on vacation all of this week.
10   3)  Wesley E. Overson is on vacation part of this week.
11   The parties enter in to this stipulation with the understanding that the trial date of
12 December 6, 2011 would not be moved due to the hearing date change.  The parties further enter
13 into this stipulation on the condition that, in exchange for agreeing to allow Plaintiffs more time
14 to oppose the motion, Defendants will be allowed additional time to reply to Plaintiffs'
15 opposition, thus Plaintiffs would file their opposition and related documents on August 12, 2011
16 instead of the August 15, 2011 deadline that would otherwise apply under Local Rule 230(c).
17   For the above stated reasons, good cause exists for continuing the August 22, 2011
18 hearing date for Defendants' Motion for Summary Judgment be continued for one week, to
19 **August 29, 2011 at 1:30 p.m.**

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT        1
Civil Case No. 10-CV-00581-AWI-DLB
sf-3028999

Dated: August 3, 2011

ARTURO J. GONZÁLEZ
WESLEY E. OVERSON
THEODORE M. HASSE
MORRISON & FOERSTER LLP

By: */s/ Theodore M. Hasse*
THEODORE M. HASSE
Attorneys for Plaintiffs

Dated: August 3, 2011

JAMES D. WEAKLEY
VALERIE J. VELASCO
WEAKLEY & ARNDT, LLP

By: */s/ Valerie J. Velasco*
VALERIE J. VELASCO
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  August 5, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT        2
Civil Case No. 10-CV-00581-AWI-DLB
sf-3028999