1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  WESLEY E. OVERSON (CA SBN 154737)
   WOverson@mofo.com
3  THEODORE M. HASSE (CA SBN 257794)
   THasse@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street, Suite 3200
5  San Francisco, California  94105-2482
   Tel:  415.268.7000
6  Fax:  415.268.7522

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                             FRESNO DIVISION

11

12 | JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ),

Plaintiffs,

v.

CITY OF FRESNO, a municipal corporation; JERRY DYER, in his individual capacity; MIKE PALOMINO, in his individual capacity; and DOES 1 through 50, inclusive,

Defendants.

Case No.   10-CV-00581-AWI-DLB

**DECLARATION OF ROGER A. CLARK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY ADJUDICATION**

**Hearing:** August 29, 2011
Time:     1:30 P.M.
Judge:    Hon. Anthony W. Ishii
Place:    Courtroom No. 2

Action Filed:   April 5, 2010
Trial Date:     December 6, 2011

I, ROGER A. CLARK, declare:

1. I am a police expert retained as an expert consultant in this matter by Morrison & Foerster, LLP, counsel for Plaintiffs. My areas of expertise include those matters upon which I opine in the reports I have submitted related to this case. I have personal knowledge of the matters stated in this declaration. I could and would testify competently to the matters stated herein if called to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the report I prepared in relation to this litigation, dated July 15, 2011. The report was and is true and correct, and contains opinions I have formed related to issues in this case.

3. Attached hereto as **Exhibit B** is a true and correct copy of the supplemental report I prepared in relation to this litigation, dated July 29, 2011. The supplemental report was and is true and correct, and contains opinions I have formed related to issues in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August, 2011, at San Francisco, California.

_____
Roger A. Clark