1
2
3
4
5
6
7            **IN THE UNITED STATES DISTRICT COURT FOR THE**
8                      **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| **JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTEZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ),**<br>                        **Plaintiffs**,<br><br>    v.<br><br>**CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police of the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer of the CITY OF FRESNO),**<br><br>                        **Defendants.** | 1:10- CV-581  AWI DLB<br><br>**ORDER VACATING HEARING DATE OF AUGUST 29, 2011, ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TAKING MATTER UNDER SUBMISSION** |

In this action for wrongful death, defendants City of Fresno, et al. have moved for summary judgment, or alternatively summary, adjudication. Doc. # 88. Hearing on Defendants' motion was scheduled for August 29, 2011. The court has preliminarily reviewed Defendants' motion, Plaintiffs' opposition and Defendants' reply. The court has determined that a detailed review of a very large volume of deposition and other discovery materials will be necessary prior to full consideration of Defendants' motion. Due to the press of other business now before the court, it is anticipated that several weeks may be required to accomplish a thorough review of the materials submitted. The court will therefore vacate the currently set hearing date of August 29, 2011, and will provisionally take the matter under submission. If, after further review and consideration of the materials submitted the court determines that oral argument is appropriate, the court will notify the parties for purposes of scheduling.

THEREFORE, it is hereby ORDERED that the currently set hearing date of August 29, 2011, is hereby VACATED and no party shall appear at that time. As of August 29, 2011, the court will provisionally take Defendants' motion for summary judgment or, in the alternative, summary adjudication under submission and will thereafter issue its opinion, or will schedule oral argument, as the court determines appropriate.

IT IS SO ORDERED.

Dated:   August 25, 2011

CHIEF UNITED STATES DISTRICT JUDGE