# Exhibit C

**Exhibit C**

# Roger Clark

Police Procedures Consultant, Inc.
10207 Molino Road.  Santee, CA 92071
Phone: (208) 351-2458,  Fax: (619) 258-0045
rclark9314@aol.com

## LIST OF SWORN TESTIMONY
### June 27, 2007 to June 24 2011
(Revised June 25, 2011)

**Trial:** June 27, 2007.  Posey v. City of Oakland, et al., and Brown v. City of Oakland, et al., USDC Case No. C 04-2693 JL, (Consolidated with Posey).
Client Attorneys:
Mr. Ben Nisenbaum, & Mr. John L. Burris Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Deposition:** July 11, 2007.  Uganda Knapps v. City of Oakland, et al., USDC Case No. C 05-2935 MEJ.
Client Attorneys:
Mr. James B. Chanin, & Ms. Julie M. Houk, Attorneys at Law, The Law Offices of James B. Chanin, 3050 Shattuck Avenue, Berkeley, CA 94505.  Phone (510) 848-4752.

**Trial:** July 12, 2007.  Sean Gregson, v. City of Manteca, et al. USDC Case No. 2:04-CV-873.
Client Attorney:
Mr. Dennis L. Fleming, Attorney at Law, The Law Office of Dennis L. Fleming, 2189 East Main Street Stockton, CA 95205.  Phone: (209) 467-7074.

**Deposition:** July 16, 2007.  Lori Bauer, et al, v. City of Vallejo, et al. USDC Case No. 06-00549 MCE-DAD.
Client Attorneys:
Mr. Ben Nisenbaum, & Mr. John L. Burris Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Trial:** July 17, 2007.  Vida Willmon, et al v. City of Sacramento, et al., Superior Court, State of California (Sacramento County), Case No. 04AS01504.
Client Attorney:

Mr. Stewart Katz, Attorney at Law, Law Office of Stewart Katz, 555 University Avenue, Suite 270Sacramento, CA 95825.  Phone:(916) 444-5678.


**Deposition:**  July 18, 2007.  Steven Turner, v. City of Chino, et al., USDC Case No. CV 06-00756 VAP (Rzx).
Client Attorney:
Mr. Charles J. Schurter, Attorney at Law, Schurter Law Firm, 440 West First Street, Suite 206, Tustin, CA 92780.  Phone:  (714) 665-4201.


**Trial:**  July 31, 2007,  Sylvia Mahach-Watkins, et al., v. The State of California, et al. USDC Case No: C-05-1143-SI.
Client Attorneys:
Mr. Tory M. Pankopf, Attorney at Law, The Law Offices of Tory M. Pankopf, 611 Sierra Rose Drive, Reno, Nevada 89511.  Phone:  (530) 725-8263.
Ms. Mary H. Beatificato, Attorney at Law, Beatificato & Associates, 2 Venture Plaza, Suite 380, Irvine, CA 92618-7399.  Phone:  (949) 585-0483.


**Trial:**  August 13, 2007, People v. Rebecca Ann Hess-Macklin, Superior Court State of California (Kern County), Case No. I-07-003.
Client Attorney:
Mr. Julio Jaramillo, Attorney at Law, 600 W. Santa Ana Blvd., Suite 816, Santa Ana, CA 92702.  Phone: (714) 568-1122.


**Deposition:**  August 21, 2007, Harold C. Hall, v. City of Los Angeles, et al., USDC Case No. CV 05-1977 GPS (AJWx).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.


**Trial:**  August 28, 2007, Marylon Boyd et al., v. City and County of San Francisco, et al., USDC Case No. 04-5459 MMC.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333


**Deposition**: August 29, 2007, Andres Nunez, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 333416.
Client Attorneys:

Mr. Matthew S. Mc Nicholas, Attorney at Law, and Ms. Christiana J. Smith, Attorney at Law, Mc Nicholas & Mc Nicholas LLP, 10866 Wilshire Blvd., #1400, Los Angeles, CA 90024. Phone: (310) 474-1582.

**Trial:** September 5, 2007, Steven Turner, v. City of Chino, et al., USDC Case No. CV 06-00756 VAP (Rzx).
Client Attorney:
Mr. Charles J. Schurter, Attorney at Law, Schurter Law Firm, 440 West First Street, Suite 206, Tustin, CA 92780. Phone: (714) 665-4201.

**Deposition:** September 7, 2007, Michael Negrete v. City of San Bernardino, et al. USDC Case No. ED-CV 06-1047 VAP (Opx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333

**Deposition:** September 12, 2007, Brown v. Baldwin, et al, Superior Court, State of California (San Diego County), Case No. GIC 868862.
Client Attorney:
Mr. Alvin M. Gomez, Attorney at Law, Gomez Law Group, 8910 University Center Lane, Suite 550, San Diego, CA 92122.  Phone: (858) 552-0000.

**Deposition:** September 14, 2007, Jason Eugene Deocampo, v. City of Vallejo, et al., USDC Case No. 2:06-CV-01283, WBS-GGH.
Client Attorneys:
Mr. John L. Burris, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.
Ms. Gayla B. Libet, Attorney at Law, Law Offices of Gayla B. Libet, 486 41st Street, #3, Oakland, CA 94609.  Phone: (510) 420-0324.

**Deposition:** September 22, 2007, Doreen Cruz Rios, et al, v. San Bernardino County, et al. USDC Case No. ED CV 06-00569 (JTLx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

**Trial:** September 26, 2007. Michael Negrete v. City of San Bernardino, et al. USDC Case No. ED-CV 06-1047 VAP (Opx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333

**Trial:** September 27 & 28, 2007.  Donald Daniels, v. County of Ventura, et al., USDC Case No. CV 03-8861 FMC (Rzx).
Client Attorney:
Mr. Peter M. Williamson, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

**Trial:** October 3, 2007.  Georgia (Jo) A. Baldauf, v. Clifton Davidson, et al., USDC (Indianapolis) Case No. 1:04-cv-01571 JDT-TAB.
Client Attorney:
Mr. Michael K. Sutherlin, Attorney at Law, Law Offices of Michael K. Sutherlin & Associates, P.C., P.O. Box 441095, Indianapolis, IN 46244-1095.  Phone: (317) 634-6313.

**Deposition:**  October 5, 2007.  Grace Nunez, et al, v. City of Lubbock, et al., USDC (Texas) Case No. 5:07-CV-00032.
Client Attorneys:
Mr. Robert S. Hogan, Attorney at Law, and Mr. David M. Guinn, Jr., Attorney at Law, The Law Offices of Hurley & Guinn, 1805 13th Street, Lubbock, TX 79401.  Phone: (806) 771-7900.

**Trial:** October 9, 2007, Doreen Cruz Rios, et al, v. San Bernardino County, et al. USDC Case No. ED CV 06-00569 (JTLx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

**Trial:**  October 19, 2007, and October 23, 2007.  Brenda Jones-Thomas v. City of Los Angeles, et al., USDC Case No.CV05-7270 DSF (VBKX).
Client Attorney:
Mr. Erwin Adler, Attorney at Law, Adler Law Group, 350 South Figueroa Suite 557, Los Angeles, CA 90071. Phone: (213) 893-3900.

**Trial:** (Telephonic).  October 23, 2007 Uganda Knapps v. City of Oakland, et al., USDC Case No. C 05-2935 MEJ.
Client Attorneys:

Mr. James B. Chanin, & Ms. Julie M. Houk, Attorneys at Law, The Law Offices of James B. Chanin, 3050 Shattuck Avenue, Berkeley, CA 94505.  Phone (510) 848-4752.

**Trial:**  November 8, 2007.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

**Deposition**: November 12, 2007.  James Wimberly v. County of Los Angeles, et al., USDC Case No. CV-06-6005 MMM (FMOx).
Client Attorneys:
Ms. Denise Yaniv, Attorney at Law, & Mr. Paul Azdril, Attorney at Law, 4640 Admiralty Way, Suite 500, Marina del Rey, CA 90292.  Phone: (310) 592-8173.

**Deposition**: November 13, 2007. David Willingham, et al., v. City of Long Beach, et al. – C.D. Cal. No. CV 02-03473 GAF (CWx).
Client Attorneys:
John Burton, Esq. & Mary Anna Soifer, Esq., THE LAW OFFICES OF JOHN BURTON, 414 Marengo Avenue, Pasadena, CA 91101.  Phone: (626) 449-8300

**Trial:** November 28, 2007.  Torry Smith; Patricia Gray, v. City of Oakland, et al.,USDC Case No. 05-CV-04045 EMC.
Client Attorneys:
Mr. John L. Burris & Mr. Ben Nisenbaum, Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Deposition:** November 29, 2007. Yvonne Vogel, et al, v. Maricopa County, et al., USDC Case No. CV07-00819 PHX-EHC.
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.

**Trial:**  November 30, 2007.  People v. Marcus Bullard, Superior Court, State of California (Riverside County), Case No. SWM-049010.
Client Attorney:
Mr. Joel Weinstein, Deputy Public Defender, Public Defender, Riverside County 30755-D Auld Road, Suite 2233, Murrieta, CA 92563.  Phone: (951) 304-5600.

**CCW Hearing** (Per Section 12027.1 California Penal Code):  December 5, 2007.  Hearing Officer in the matter of Compton School District Police Officers Victor Ayala and Sergio Reynoso
Client Attorney:
Mr. Etan Lorant, Attorney at Law. 17525 Ventura Blvd. Suite 201. Encino, CA 91316. Phone: (818) 990-3990.

**Deposition:** December 7, 2007.  Tanya Gould, et al., v. County of Los Angeles, et al.  USDC Case No: CV05-8483 FMC (CTx).
Client Attorneys:
Mr. John E. Sweeney, Attorney at Law, Ms. Angela Powell, Attorney at Law, The Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.

**Deposition:**  December 18, 2007.  Frank Gutierrez, v. City of Orange, et al., USDC SA CV06-760 CJC.
Client Attorney:
Mr. Hermez Moreno, Attorney at Law Moreno & Perez, A Professional Corporation, The Petroleum Building, 714 West Olympic Blvd., Suite 450, Los Angeles, CA 90015.  Phone: (213) 745-6300.

**Deposition:**  December 20, 2007.  Bryce J. Moore, et al v. County of Kern, et al., USDC Case No. 1:05-CV-1115 AWI-LJO.
Client Attorney:
Mr. Daniel Rodriguez, Attorney at Law, Rodriguez & Associates, 2020 Eye Street, Bakersfield, CA 93301.  Phone: (661) 323-0164.

**Deposition:**  January 2, 2008.  Martin Lamont Ford v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC 351035.
Client Attorney:
Mr. Douglas A. Linde, Attorney at Law, The Linde Law Firm, 2029 Century Park East, Suite 1360, Los Angeles, CA 90067. Phone: (310) 203-9333.

**Trial:** January 28, 2008.  People v. Aseye Allah and Meron Mesheshe, Superior Court, State of California (Santa Barbara County),  Case No. SBSC-1211924.
Client Attorney:

-6-

Mr. Gary Casselman, Attorney at Law. Law Offices of Gary S. Casselman. 3415 South Sepulveda Blvd., Suite 370, Los Angeles, CA 90034. Phone: (310) 390-4406.

**Deposition:** January 31, 2008.  Kim Killpatrick, et al., v. City of Los Angeles, et al., USDC Case No. CV 03-02258 NM (AJWx).
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

**Trial:** February 5, 2008.  Tanya Gould, et al., v. County of Los Angeles, et al.  USDC Case No: CV05-8483 FMC (CTx).
Client Attorneys:
Mr. John E. Sweeney, Attorney at Law, Ms. Angela Powell, Attorney at Law, The Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.

**Deposition:** February 25, 2008. Gary Blankenhorn, v. City of Orange, et al., USDC Case No. SACV – 02 – 1160 GLT (MLGx).
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

**Deposition:**  February 26, 2008.  Lucy Logan v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 361641.
Client Attorney:
Mr. Gregory A. Yates, Attorney at Law, Law Offices of Gregory A. Yates, 16830 Ventura Boulevard, Suite 250, Encino, CA 91436.  Phone: (310) 858-6944.

**Trial:**  February 28, 2008.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

**Deposition:** February 29, 2008.  Alan K. Yecny, et al., v San Luis Obispo County, et al., Superior Court, State of California (San Luis Obispo County), Case No. CV 050220.
Client Attorney:

Mr. Andrew R. Calderon, Attorney at Law, The Law Offices of Jack D. Brewer 310 West 1st Street, PO Box 3885 Tustin, CA 92681-3885.  Phone: (714) 731-6836.

**Deposition:**  March 5, 2008.  Richard E. Lunow, et al, v. City of San Diego, et al., Superior Court, State of California (San Diego County), Case No. GIC870009.
Client Attorney:
Mr. James E. Dunn, Attorney at Law, The Law Office of James E. Dunn, 550 West C Street, Suite 1960, San Diego, CA 92101.  Phone: (619) 234-5778.

**Trial:** March 7, 2008, and March 11, 2008.  Kim Killpatrick, et al., v. City of Los Angeles, et al., USDC Case No. CV 03-02258 NM (AJWx).
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

**Deposition:** March 18, 2008.  William Sean McNamara, et al. v. Los Angeles County, et al., Superior Court (Los Angeles County), State of California, Case No. BC 331984
Client Attorney:
Ms. Sonia Mercado, Attorney at Law, Law Offices of R. Samuel Paz, 5701 W Slauson Ave #202, Culver City, CA 90230.  Phone: (310) 410-2981.

**Deposition:** March 20, 2008.  Gerardo Cazares and Marcelo Moreno, v. City of Bell Gardens, et al, Case No. CV-06-5985 VBF (JTLX).
Client Attorney:
Mr. Christopher Driscoll, Attorney at Law, The Law Office of Jonas and Driscoll, 555 West 5th Street 31st floor, Los Angeles, CA 90013.  Phone (213) 683-2033.

**Deposition:** March 25, 2008.  Hugo Vanlid Sarmiento v. Orange County, et al.  USDC Case No. ASCV06-0586 DOC (Anx).
Client Attorney:
Mr. Robert Mann, and Mr. Donald Cook, Attorneys at Law.  The Law Offices of Robert Mann and Donald W. Cook.  3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone: (213) 252-9444.

**Trial:**  March 27, 2008 and March 28, 2008.  Gerardo Cazares and Marcelo Moreno, v. City of Bell Gardens, et al, Case No. CV-06-5985 VBF (JTLX).
Client Attorney:

Mr. Christopher Driscoll, Attorney at Law, The Law Office of Jonas and Driscoll, 555 West 5th Street 31st floor, Los Angeles, CA 90013.  Phone (213) 683-2033.

**Deposition:** April 7, 2008.  408.  Margaret and David Eichenlaub, v. The County of Los Angeles, et al., USDC Case No. CV-06-06979 Ghk (Ctx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

**Deposition:** April 14, 2008.  Richard A. Wisler, v. City of Fresno, et al.  USDC Case No: 1:06-CV-01694 AWI-SMS.
Client Attorney:
Mark W. Coleman, Attorney at Law, The Law Offices of Nuttall & Coleman, 2445 Capitol Street, Suite 150, Fresno, CA 93721.  Phone: (559) 233-2900.

**Deposition:** April 16, 2008.  Jorge Cruz, v. City of San Fernando, et al.  Superior Court, State of California (Los Angeles County), Case No. BC352521.
Client Attorney:
Luis A. Carrillo, Attorney at Law, The Law Offices of Luis Carrillo, 625 Fair Oaks Avenue, Suite 180, South Pasadena, CA 91030.  Phone: (626) 799-9375.

**Trial:** April 17, 2008.  People v. Deon Richard Dirks.  Superior Court, State of California,  (Los Angeles County), Case No. TA093733.
Client Attorney:
Raffi J. Manuelian, Attorney at Law, The Manuelian Law Firm, 555 West 5th Street 30th Floor, Los Angeles, CA 90013.  Phone:  (213) 996-8463.

**Deposition**: April 18, 2008.  David Medina, v. City of Los Angeles, et al., USDC Case No. CV 06-4926.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Trial:** May 7, 2008.  James Cortez, v. City of Los Angeles, et al., Superior Court, State of California (Los Angeles County),  Case No. BC 349338.
Client Attorney:

Mr. Hermez Moreno, Attorney at Law Moreno & Perez, A Professional Corporation, The Petroleum Building, 714 West Olympic Blvd., Suite 450, Los Angeles, CA 90015.  Phone: (213) 745-6300.

**Deposition:** May 9, 2008.  Trinidad Macias, v. The County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. VC 040762.
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

**Deposition**: May 12, 2008.  Pablo Gomez v. City of San Diego, Superior Court, State of California (San Diego County), Case No. GIC 877892.
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101.  Phone: (619) 238-6900.

**Trial**: May 22, 2008.  Betty Lou Heston, et al., v. City of Salinas, et al., USDC. Case No. 5:05-CV-3658.
Client Attorneys:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.
Mr. Peter M. Williamson, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

**Deposition:** May 27, 2008.  Steve Foley, v. City of Coronado, et al,  Superior Court, State of California (San Diego County), Case No. GIC 879075
Client Attorneys:
Mr. Harvey Levine, Attorney at Law, Levine Steinberg & Miller, 550 West "C" Street, Suite 1810, San Diego, CA 92101.  Phone: (619) 231-9449.
Mr. Jordan M. Cohen, Attorney at Law, The Cohen Law Firm, 10650 Treena Street, Suite 203, San Diego, CA 92131.  Phone:  (858) 689-4736.

**Deposition:**  May 30, 2008, and July 3, 2008,  Ronald Verdekel, et al, v. County of Los Angeles, and City of Los Angeles, et al, USDC Case No. CV 06-01518 AJG (PLAx).
Client Attorney:
Ms. Sonia Mercado, Attorney at Law, Law Offices of R. Samuel Paz, 5701 W Slauson Ave #202, Culver City, CA 90230.  Phone: (310) 410-2981.

**Deposition:** June 3, 2008.  Stanleigh G. Megargee, et al., v. County of Tulare, et al, USDC Case No. 1:06-CV-00684-AWI-LJO.
Client Attorney:
Mr. Brian E. Claypool, Attorney at Law, Claypool Law Firm, US Bank Tower, 633 W 5th Street, Suite 5880, Los Angeles, CA 90071.  Phone: (213) 488-2042.

**Deposition:** June 5, 2008.  Bud Lee, et al, v. City of Nashville, et al., USDC Case No. 3-06-00108.
Client Attorney:
Mr. Joe Bednarz, Jr., Attorney at Law, BEDNARZ & BEDNARZ, 1400 Parkway Towers, 404 James Robertson Parkway, Nashville, Tennessee 37219.  Phone: (615) 256-0100.

**Trial:** June 19, 2008.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

**Trial:** June 20, 2008.  Pablo Gomez v. City of San Diego, Superior Court, State of California (San Diego County), Case No. GIC 877892.
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101.  Phone: (619) 238-6900.

**Civil Service Commission Hearing:** July 11, 2008, and August 18, 2008 Regarding Deputy Russell Sprague, Los Angeles County Sheriff's Department, File # 07-036 (IAB File # IV 2162162).
Client Attorney:
Ms. Elizabeth J. Gibbons, Attorney at Law, The Law Office of Green & Shinee, 16055 Ventura Boulevard,  Suite1000, Encino, CA 91436.  Phone: (818) 986-2440.

**Trial:** July 17, 2008.  Donald Daniels, v. County of Ventura, et al., USDC Case No. CV 03-8861 FMC (Rzx).
Client Attorneys:
Mr. Peter M. Williamson, Attorney at Law, and Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

**Deposition:** July 21, 2008.  Tris Corona, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County), Case No. NC039255.
Client Attorney:
James F. Rumm, Attorney at Law, Law Offices of Federico C. Sayre, 900 North Broadway, 4th Floor, Santa Ana, CA 92701.  Phone: (714) 550-9117.

**Deposition:** July 31, 2008.  Shawn Day, et al, v. County of Contra Costa, et al., USDC Case No. C -07-4335 PJH.
Client Attorney:
Michael A. Zimmer, Attorney at Law, M. A. Zimmer Law, 88 South Tenth Street, Suite 300, Minneapolis, MN 55403.  Phone (612) 746-5546.

**Deposition:** August 5, 2008.  Bobbie Garcia, on Behalf of Joseph Luis Garcia, v. County of Tulare, et al. USDC Case No. 1:07-CV-01593 OWW DLB.
Client Attorney:
Mr. J. Ryan Gilfoil, Attorney at Law, Morrison & Foerster LLP,425 Market Street, San Francisco, CA 94105.  Phone: (415) 268-6054.

**Deposition**: August 7, 2008.  Houston Malden, v. City of Waukegan, et al. USDC (Illinois) Case No. 04 C 2822.
Client Attorney:
Mr. Douglass G. Hewitt, Attorney at Law, Neal, Gerber & Eisenberg LLP, 2 N. LaSalle Street, Suite 2200, Chicago, IL 60602-3801.  Phone (312) 269-8481.

**Deposition:** August 11, 2008  Patrick Nazemi, v. Bernard Goodman, et al, Superior Court, State of California (Los Angeles County), Case No. LC075586.
Client Attorney:
Lee B. Ackerman, Attorney at Law, Law Office of Lee B Ackerman, 865 S Figueroa Street, Suite 3200, Los Angeles, CA 90017.  Phone: (213) 622-4441.

**Deposition:** August 14, 2008.  Duncan Kyle Murdoch v. Jacqueline Denise Broxon, et al, Superior Court, State of California (County of Sonoma), Case No. SCV-239909.
Client Attorney:
Mr. Ethan A. Glaubiger, Attorney at Law, The Law Office of Ethan A Glaubiger, 740 4th Street, 2nd Floor, Santa Rosa, CA 95404.  Phone: (707) 578-4505.

**Deposition:** August 19, 2008.  Michael Momeni, v. County of Orange, et al.  Superior Court, State of California (County of Orange), Case No. 06CC12033.
Client Attorney:
Mr. Gary Casselman, Attorney at Law. Law Offices of Gary S. Casselman. 3415 South Sepulveda Blvd., Suite 370, Los Angeles, CA 90034. Phone: (310) 390-4406.


**Trial:** August 20, 2008.  Richard A. Wisler, v. City of Fresno, et al., USDC Case No: 1:06-CV-01694 AWI-SMS.
Client Attorney:
Mark W. Coleman, Attorney at Law, The Law Offices of Nuttall & Coleman, 2445 Capitol Street, Suite 150, Fresno, CA 93721.  Phone: (559) 233-2900.


**Trial:** August 21, 2008.  People v. Donna Hamilton Superior Court, State of California (Marin County), Case No. CR 149364A.
Client Attorney:
Mr. Matthew A.  Sullivan, Deputy County Public Defender, Marin County Public Defender, 3501 Civic Center Drive, Room 139, San Rafael, CA 94903.  Phone: (415) 499-6858


**Deposition:** August 26, 2008.  David Flores v. County of Los Angeles et al, USDC Case No, CV 07-4354 ODW (SHx).
Client Attorney:
Ralph M. Rios, Attorney at Law, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105.  Phone: (626) 583-1100.


**Trial**: August 27 and 28, 2008.  Trinidad Macias, v. The County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. VC 040762.
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.


**Trial:** August 28, 2008.  Pablo Gomez v. City of San Diego, Superior Court, State of California (San Diego County), Case No. GIC 877892.
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101. Phone: (619) 238-6900.


**Deposition:** September 4, 2008.  Daniel Alvarenga, v. City of San Francisco, et al, USDC Case No. C07-2526 MEJ.

Client Attorney:
Mr. Adante Pointer, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Deposition**: September 8, 2008.  441.  Wanda Mitchell, et al, v. County of Riverside, et al., USDC Case No. ED CV 07-00419 VAP (OP).
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.


**Deposition:**  September 12, 2008.  Wayne Kevin Vernon, v. City of San Francisco, et al. USDC Case No. 451-436.
Client Attorney:
Mr. Matthew Edward Gonzalez, Attorney at Law, Gonzalez & Leigh LLP, Two Shaw Alley, 3rd Floor, San Francisco, CA 94105.  Phone: (415) 512-2000.


**Deposition:**  September 15, 2008.  Charles Dirks, et al, v. County of Los Angeles, et al.  USDC Case No: CV07-2664-GAF (FMOx).
Client Attorney:
Mr. Joe H. Freeman, Attorney at Law, Joe Freeman & Associates, 7337 Beckford Avenue, Reseda, CA 91335.  Phone:  (818) 996-2702.


**Trial:**  September 15, 2008.  People v. Peter Johnson, Superior Court, State of California (County of Los Angeles) Case No. BA337596.
Client Attorney
Ms. Grace F. Ashikawa, Deputy Alternate Public Defender, Los Angeles County Alternate Public Defender's Office, 320 West Temple Street, #35, Los Angeles, CA 90012.  Phone:  (213) 893-1116.


**Trial:**  September 25, 2008.  Wayne Kevin Vernon, v. City of San Francisco, et al. USDC Case No. 451-436.
Client Attorney:
Mr. Matthew Edward Gonzalez, Attorney at Law, Gonzalez & Leigh LLP, Two Shaw Alley, 3rd Floor, San Francisco, CA 94105.  Phone: (415) 512-2000.


**Deposition:**  September 26, 2008.  Larry Moore, et al, v. County of San Bernardino, et al., USDC EDCV 07-00699 SGL (JCRx).

-14-

Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank
Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition**: September 29, 2008.  Darius Henderson, v. Los Angeles United School District, et
al.  Superior Court, State of California (County of Los Angeles), Case No. BC367763.
Client Attorney:
Ms. Violet C. Rabaya, Attorney at Law, Law Offices of Violet C. Rabaya, 1801 Century Park
East, Suite 2300, Los Angeles, CA 90067-2302.  Phone:  (310) 203-8878.


**Trial:** October 10, 2008, and October 15, 2008.  Stanleigh G. Megargee, et al., v. County of
Tulare, et al, USDC Case No. 1:06-CV-00684-AWI-LJO.
Client Attorney:
Mr. Brian E. Claypool, Attorney at Law, Claypool Law Firm, US Bank Tower, 633 W 5th Street,
Suite 5880, Los Angeles, CA 90071.  Phone: (213) 488-2042.


**Deposition:**  October 13, 2008.  Miguel Ortega, et al, v. City of Oakland, et al, USDC Case No.
C-07-02659 JCS.
Client Attorney:
Mr. Steven R. Jacobsen, Attorney at Law, Law Offices of Steven R. Jacobsen, 901 Clay Street,
Oakland, CA 94607.  Phone: (510) 465-8259.


**Deposition:**  October 20, 2008, Abhinav Bhatnagar v. Contra Costa County, et al, USDC Case
No. 3:07-CV-02669 (CRB).
Client Attorneys:
Ms. Jenny Huang, Attorney at Law, Ms. Sarita I. Ordonez, Attorney at Law, Justice First, LLP,
2831 Telegraph Avenue, Oakland, CA 94609.  Phone: (510) 628-0695.


**Trial:** October 22, 2008, People v. Oscar Mendez, Superior Court, State of California (County of
Orange), Case No. 06CC03200.
Client Attorneys:
Mr. John E. Sweeney, Attorney at Law, Ms. Angela Powell, Attorney at Law, Law Offices of
John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310)
277-9595.


**Deposition:** October 28, 2008, Alicia Unger, v. City of Los Angeles, et al, USDC Case No. CV
08-02139 SVW (Ctx).

-15-

Client Attorney:
Luis A. Carrillo, Attorney at Law, The Law Offices of Carrillo and Perez, 625 Fair Oaks Avenue, Suite 180, South Pasadena, CA 91030.  Phone: (626) 799-9375.


**Trial:** October 30, 2008, Wanda Mitchell, et al, v. County of Riverside, et al, USDC Case No. ED CV 07-00419 VAP (OP).
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.


**Deposition**:  November 11, 2008 (part 1), and December 29, 2008 (part 2), Emmanuel Adebayo, v. Metropolitan Transit System, et al, Superior Court State of California (San Diego County), Case No. 37-2007-00071474 CU-PO-CTL.
Client Attorney:
Mr. Alvin M. Gomez, Attorney at Law, Gomez Law Group, 8910 University Center Lane, Suite 550, San Diego, CA 92122.  Phone: (858) 552-0000.


**Deposition:** November 15, 2008.  Gilbert Espinoza, et al, v County of San Bernardino, et al, USDC Case No. EDCV 07-00812 VAP (JCRx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** November 24, 2008.  Susan Adams, et al, v. Deputy Michael Nocon, et al, USDC Case No. 2: 07-CV-2083 FCD EFB.
Client Attorney:
Mr. Herman Franck, Attorney at Law, Franck & Associates, Attorneys at Law, 1801 7th Street, First Floor, Suite 150, Sacramento, CA 95811.  Phone: (916) 256-6266.


**Trial:**  December 3, 2008.  Miguel Ortega, et al, v. City of Oakland, et al, USDC Case No. C-07-02659 JCS.
Client Attorneys:
Mr. Steven R. Jacobsen, Attorney at Law, and Ms. Brenda D. Posada, Attorney at Law, Law Offices of Steven R. Jacobsen, 901 Clay Street, Oakland, CA 94607.  Phone: (510) 465-8259.


**Trial:** December 4, 2008.  Tris Corona, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County), Case No. NC039255.
Client Attorney:

James F. Rumm, Attorney at Law, Law Offices of Federico C. Sayre, 900 North Broadway, 4th Floor, Santa Ana, CA 92701.  Phone: (714) 550-9117.


**Deposition:** December 22, 2008.  Zameer Riaz Azam v. Officer M. Johnson.  USDC Case No. C-05-1858 MHP (pr).
Client Attorney:
Mr. Brook Dooley, Attorney at Law, Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco, CA, 94111-1729.  Phone: (415) 391-5400.


**Deposition:** December 23, 2008.  Karene Beecham and Karena Crankson, v. City of West Sacramento, et al, USDC Case No. 2:07-CV-01115 LEW EFB.
Client Attorneys:
Mrs. Julia Sherwin, Attorney at Law, Mr. Michael J. Haddad, Attorney at Law, HADDAD & SHERWIN, 505 Seventeenth Street, Oakland , CA 94612.  Phone: (510) 452-5500.


**Trial:** January 7 & 8, 2009.  Aaron Roberts, et al, v. City of Hermosa Beach, et al, USDC Case No. CV - 07-0612 AHM (SHx).
Client Attorney:
Mr. Scott Alan Burroughs, Attorney at Law, DONIGER LAW FIRM APC, 300 Corporate Pointe, Suite 355, Culver City, CA 90230.  Phone: (310) 590-1820.


**Trial:** January 9, 2009, Abhinav Bhatnagar v. Contra Costa County, et al, USDC Case No. 3:07-CV-02669 (CRB).
Client Attorneys:
Ms. Jenny Huang, Attorney at Law, Ms. Sarita I. Ordonez, Attorney at Law, Justice First, LLP, 2831 Telegraph Avenue, Oakland, CA 94609.  Phone: (510) 628-0695.


**Deposition**: January 16, 2009.  Mary Rodriguez and Anthony Castillo, v. City of Los Angeles, et al.  USDC Case No. CV-07-07744 JWJ.
Client Attorney:
Mr. Eduardo Madrid, Attorney at Law, The Madrid Law Firm, El Central Real Plaza, 12612 Central Avenue, Chino, CA 91710.  Phone: (909) 628-0068.


**Trial:** January 20, 2009.  Emmanuel Adebayo, v. Metropolitan Transit System, et al, Superior Court State of California (San Diego County), Case No. 37-2007-00071474 CU-PO-CTL.
Client Attorney:
Mr. Alvin M. Gomez, Attorney at Law, Gomez Law Group, 8910 University Center Lane, Suite 550, San Diego, CA 92122.  Phone: (858) 552-0000.

**Deposition:** January 23, 2009.  Delano Yanes, v. Maricopa County, et al.  Superior Court, State of Arizona (Maricopa County), Case No. CV 2007 – 017937
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.


**Deposition:** January 27, 2009.  Greg Hall v. County of Orange, et al.  Superior Court (County of Orange), State of California, Case No. 05CC11020.
Client Attorney:
Ralph M. Rios, attorney at Law, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105.  Phone: (626) 583-1100.


**Deposition:** January 29, 2009.  A.D., A Minor, et al, v. State of California, et al.   USDC Case No. C-07-5483.
Client Attorney:
Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.


**Deposition:** January 30, 2009.  Gregory Oliver, II, v. City and County of San Francisco, et al., USDC Case No. C07-02460 JL.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Trial**: February 5, 2009.  Larry Moore, et al, v. County of San Bernardino, et al, USDC Case No. EDCV 07-00699 SGL (JCRX).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** February 6, 2009.  Gerri Colton, v County of Orange, et al.  USDC Case No. SACV07-1101 CJC (Anx).
Client Attorneys:
Mr. Peter M. Williamson, Attorney at Law, and Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

**Trial**: February 10, 2009 and February 11, 2009.  Hugo Vanlid Sarmiento v. Orange County, et al.  USDC Case No. ASCV06-0586 DOC (Anx).
Client Attorney:
Mr. Robert Mann, and Mr. Donald Cook, Attorneys at Law.  The Law Offices of Robert Mann and Donald W. Cook.  3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone: (213) 252-9444.


**Trial:** February 19, 2009.  Zameer Riaz Azam v. Officer M. Johnson.  USDC Case No. C-05-1858 MHP (pr).
Client Attorney:
Mr. Brook Dooley, Attorney at Law, Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco, CA, 94111-1729.  Phone: (415) 391-5400.


**Deposition:** February 26, 2009.  Teresa Diaz, et al. v. City of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No. BC 362083.
Client Attorneys:
Mr. David B. Bobrosky, Attorney at Law, and Mr. Andrew L. Shapiro, Attorney at Law, The Law Firm of Lewitt Hackman, 16633 Ventura Boulevard, 11th Floor, Encino, CA 91436.  Phone: (818) 907-3266.


**Deposition:** February 27, 2009.  Sergio Lopez, et al, v. Chula Vista Police Department, et al.  USDC Case No. 07-CV-01272 WQH BLM.
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Deposition:** March 3, 2009.  Georgia Miller, et al, v. City of Los Angeles, et al.  USDC Case No. EDCV 07-806 VAP (CTx).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.


**Trial:** March 4, 2009.  Charles Dirks, et al, v. County of Los Angeles, et al.  USDC Case No: CV07-2664-GAF (FMOx).
Client Attorneys:
Mr. Joe H. Freeman, Attorney at Law, Joe Freeman & Associates, 7337 Beckford Avenue, Reseda, CA 91335.  Phone:  (818) 996-2702.

Mr. Saul Reiss, Attorney at Law, Law Offices of Saul Reiss, 2800 28th Street, Suite 328, Santa Monica, CA 90405.  Phone: (310) 450-2888.


**Deposition:** March 6, 2009.  Joshua David Legere, v. County of Los Angeles, et al.  USDC Case No. C-08-04386 FMC (AGRx).
Client Attorney:
Mr. Joseph Y. Avrahamy, Attorney at Law, The Law Office of Joseph Y. Avrahamy, 16530 Ventura Boulevard, Suite 208, Encino, CA 91436.  Phone: (818) 990-1757.


**Deposition:**  March 12, 2009.  Jennifer Louise Marlow, v. City of Orange, et al.  USDC Case No. CV05-6053 AG (JTLx).
Client Attorney:
Mr. Thomas E. Beck, Attorney at Law, The Beck Law Firm, 10377 Los Alamitos Blvd.
Los Alamitos, CA 90720.  Phone: (562) 795-5835.


**Deposition:**  March 16, 2009.  Charles Davis III., v. City of Los Angeles, et al.  Superior Court (Los Angeles County), State of California, Case No. BC 386864.
Client Attorney:
Ms. Ellen H. Ellison, Attorney at Law, The Law Office of Ellen Ellison, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010-2015.  Phone: (213) 365-8225.


**Deposition:**  March 20, 2009.  Jimmy D. Haws, et al., v. County of Monterey, et al.  USDC Case No. C07 02599 JF.
Client Attorneys:
Mr. Michael B. Moore, Attorney at Law, Law Office of Michael B. Moore, 100 Spear Street, Suite 1640, San Francisco, CA 94105.  Phone: (415) 956-6500.
Mr. Ralph W. Boroff, Attorney at Law, The Law Office of Ralph W. Boroff, P.C., 55 River Street, Suite 100, Santa Cruz, CA 95060.  Phone: (831) 458-0502.


**Trial**: March 25, 2009.  People v. Monica Monroe, Superior Court, State of California (San Bernardino County), Case FSB No. 802177.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial**: March 25, 2009, and March 26, 2009.  Gerri Colton, v County of Orange, et al.  USDC Case No. SACV07-1101 CJC (Anx).
Client Attorney:

Mr. Peter M. Williamson, Attorney at Law, and Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.


**Trial:**  March 27, 2009.  Karene Beecham and Karena Crankson, v. City of West Sacramento, et al, USDC Case No. 2:07-CV-01115 LEW EFB.
Client Attorneys:
Mrs. Julia Sherwin, Attorney at Law, Mr. Michael J. Haddad, Attorney at Law, HADDAD & SHERWIN, 505 Seventeenth Street, Oakland , CA 94612.  Phone: (510) 452-5500.


**Deposition:**  April 3, 2009.  Iyana Love Jones, et al, v. City of Banning, et al., USDC Case EDCV07-00380 SGL (OPx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  April 4, 2009.  D.J.A., A Minor v. City of Chula Vista, et al.  Superior Court, State of California (Los Angeles County), Case No. 37-2008 - 00069534-CU-PO-SC.
Client Attorney:
Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.


**Trial:**  April 10, 2009, and April 13, 2009.  Gregory Oliver, II, v. City and County of San Francisco, et al., USDC Case No. C07-02460 JL.
Client Attorneys:
Mr. John Burris, Attorney at Law and Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Deposition:**  April 20, 2009.  Jane Doe (Oralia Orozco), et al v. City of Phoenix, et al.  USDC Case No. O7-CV-1901 PHX FJM.
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.


**Trial:**  April 21, 2009.  Donald Clayton Fuller v. County of Orange, et al.  USDC Case No. CV 04-6851 GPS (PJWx).
Client Attorneys:

-21-

Donald Cook, Attorney at Law.  The Law Offices of Robert Mann and Donald W. Cook.  3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone: (213) 252-9444.
Mr. Olu Orange, Attorney at Law.  Orange Law Offices, 6080 Center Drive, Suite 600, Los Angeles , CA 90045.  Phone: (310) 815-8600.


**Trial:**  April 22, 2009.  D.J.A., A Minor v. City of Chula Vista, et al.  Superior Court, State of California (Los Angeles County), Case No. 37-2008 - 00069534-CU-PO-SC.
Client Attorney:
Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.


**Trial:**  April 23, 2009.  Bud Lee, et al, v. City of Nashville, et al., USDC Case No. 3-06-00108.
Client Attorney:
Mr. Joe Bednarz, Jr., Attorney at Law, BEDNARZ & BEDNARZ, 1400 Parkway Towers, 404 James Robertson Parkway, Nashville, Tennessee 37219.  Phone: (615) 256-0100.


**Trial:**  April 28, 2009.  A.D., A Minor, et al, v. State of California, et al.   USDC Case No. C-07-5483.
Client Attorney:
Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.


**Trial:**  April 29, 2009 and April 30, 2009.  Aaliyah Hindman, et al, v. City of Pasadena, et al.  Superior Court, State of California (County of Los Angeles), Case No. BC369577.
Client Attorneys:
Mr. Terry Goldberg, Attorney at Law, and Mr. Bradly Gage, Attorney at Law, Goldberg & Gage, 23002 Victory Boulevard, Woodland Hills, CA 91367.  Phone: (818) 340-9252.


**Deposition:**  May 6, 2009.  Jesus Mejia, v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC 37808.
Client Attorney:
Luis A. Carrillo, Attorney at Law, The Law Offices of Carrillo and Perez, 1525 Fair Oaks Avenue, South Pasadena, CA 91030.  Phone: (626) 799-9375.


**Deposition:**  May 12, 2009.  Troy Brooks, v. State of California, et al.  Superior Court, State of California (Orange County), Case No. 30-2007 – 00100478.
Client Attorney:

Ms. Jo Lynn Valoff, Attorney at Law, D'Antony, Doyle & Moore, 23025 Mill Creek Drive, Laguna Hills, CA 92653.  Phone: (949) 727-7077.

**Deposition:**  May 13, 2009.  Dodi Eklund, v. County of Orange, et al.  USDC Case No. SACV08-0009 DOC (RNBx).
Client Attorney:
Mr. Anthony Sessa, Attorney at Law, Sessa & Associates, 5001 Birch Street  #1, Newport Beach, CA 92660.  Phone: (949) 851-2202.

**Deposition:**  May 19, 2009.  Sonja Gabales, et al, v. County of San Joaquen, et al.  USDC Cases No. S-07-1346 & S-07-2074 LLK/DAD.
Client Attorneys:
Mr. John Burris, Attorney at Law and Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Trial:**  May 29, 2009.  Jennifer Louise Marlow, v. City of Orange, et al.  USDC Case No. CV05-6053 AG (JTLx).
Client Attorney:
Mr. Thomas E. Beck, Attorney at Law, The Beck Law Firm, 10377 Los Alamitos Blvd. Los Alamitos, CA 90720.  Phone: (562) 795-5835.

**Deposition:**  June 4, 2009.  Susan Carnaby, et al, v. City of Houston, et al.  USDC (Texas) Case No. 4:08:cv-01366
Client Attorney:
Mr. Randall L. Kallinen, Attorney at Law, 511 Broadway Street, Houston, TX 77012.  Phone (713) 320-3785.

**Deposition:**  June 9, 2009.  J.D.R., et al, v. City of Los Angeles, et al.  USDC Case No. CV 06-07466 SJO (MANx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Deposition:**  June 11, 2009.  Eya Dean, et al., v. City of Fresno, et al., USDC Case No. 04 CE CG 00182 AMS.
Client Attorney:

Ms. Marguerite E. Meade, Attorney at Law, The Law Office of Marguerite E. Meade, 636 Albemarle Street, El Cerrito, CA 94530.  Phone: (510) 528-1753.


**Deposition:**  June 18, 2009.  Herbert Gonzalez v. County of Los Angeles, et al.  USDC Case No. CV 07-2064 FMC (Rzx).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.


**Deposition:**  July 24, 2009.  Maria Medina, et al, v. City of Menlo Park, et al.  USDC Case No. CV 08-3946 WDB.
Client Attorney:
Ms. Natalie Naugle, Attorney at Law, Morrison & Foerster, 425 Market Street, San Francisco, CA 94115-2675.  Phone: (415) 268-6630.


**Trial:**  August 5, 2009.  Ronald Verdekel, et al, v. County of Los Angeles, and City of Los Angeles, et al, USDC Case No. CV 06-01518 AJG (PLAx).
Client Attorney:
Ms. Sonia Mercado, Attorney at Law, Law Offices of R. Samuel Paz, 5701 W Slauson Ave #202, Culver City, CA 90230.  Phone: (310) 410-2981.


**Deposition:**  August 10, 2009.  Maria Quinones, v. U.S. Protect, et al.  USDC Case No. CV 07-1565 JM (BLM).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Deposition:**  August 11, 2009.  Anthony D. Lopez, v. City of Long Beach, et al.  USDC Case No. CV 08-03666 JFW.
Client Attorney:
Mr. Hermez Moreno, Attorney at Law Moreno & Perez, A Professional Corporation, The Petroleum Building, 714 West Olympic Blvd., Suite 450, Los Angeles, CA 90015.  Phone: (213) 745-6300.


**Deposition:**  August 12, 2009.  P.C. (Mauricio Cornejo), v. City of Los Angeles, et al.  USDC Case No. CV 07-3413 ABC (Ctx).
Client Attorney:

-24-

Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Trial:**  August 14, 2009.  Maria Medina, et al, v. City of Menlo Park, et al.  USDC Case No. CV 08-3946 WDB
Client Attorney:
Mr. Arturio Gonzalez, Attorney at Law, Morrison & Foerster, 755 Page Mill Road Palo Alto, CA 94304.  Phone: (650) 813-5600.

**Trial:**  August 18, 2009.  Patrick Lacerda, et al, v. Jason Bell, et al.  District Court State of Nevada (Clark County) Case No. A558547 Dept. No. XVIII.
Client Attorney:
Mr. Michael V. Cristalli, Attorney at Law, Cristalli & Saggese, LTD, 732 South Sixth Street, Suite 100, Las Vegas, NV 89101.  Phone: (702) 386-2180.

**Deposition:**  August 20, 2009.  Dwayne Zachary, et al, v. County of Sacramento, et al. USDC Case No. 2:06-CV-01652 MCE – PAN.
Client Attorney:
Mr. Samuel E. Brown, Attorney at Law, Law Offices of Bonner & Bonner, 1913 Bridgeway Sausalito, CA 94965.  Phone: (415) 331-3070.

**Deposition:**  August 26, 2009.  Jim Maxwell et al. v. San Diego County, et al.  USDC Case No. 07-cv-2385 JAH (WMc).
Client Attorneys:
Mr. Charles G. La Bella, Attorney at Law, Mrs. Teresa M. Gillis, Attorney at Law, La Bella & McNamara, LLP, 401 West A Street, Suite 1150, San Diego, CA 92101.
Mr. Todd D. Thibodo, Attorney at Law, Law Offices of Todd D. Thibodo APC, 16133 Ventura Boulevard, Suite 580, Encino, CA 91436.

**Trial:**  August 28, 2009.  Dodi Eklund, v. County of Orange, et al.  USDC Case No. SACV08-0009 DOC (RNBx).
Client Attorney:
Mr. Anthony Sessa, Attorney at Law, Sessa & Associates, 5001 Birch Street #1, Newport Beach, CA 92660.  Phone: (949) 851-2202.

**Deposition:**  September 1, 2009.  Kassim Abdulkhalik, v. City of San Diego, et al.  USDC  Case No. 08cv1515 MMA (NLS).

-25-

Client Attorney:
Ms. Teresa N. Burlison, Attorney at Law, Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, CA 94304.  Phone: (650) 813-5834.


**Deposition:** September 4, 2009.  Jolynn Jurkiewicz, et al v. Los Angeles County Fair Association, et al.  Superior Court, State of California (Los Angeles County), Case No BC 387896.
Client Attorney:
Ms. Frances M. Campbell, Attorney at Law, Law Office of Frances M. Campbell, P.C., 8050 Melrose Avenue, 2nd Floor, Los Angeles, CA 90046.  Phone:  (323) 863-5290.


**Deposition:** September 8, 2009.  Hayley Bailey, et al, v. San Joaquin County, et al.  USDC Case No. 2:08-CV-00543 LKK-KIM.
Client Attorney:
Ms. Tiffany K. O'Conner, Attorney at Law, Cardoza Law Officer, Inc., 1220 Oakland Blvd., Suite 200, Walnut Creek, CA 94596.  Phone: (925) 274-2900.


**Deposition:**  September 14, 2009.  T.D.W. (Watkins), v. Riverside County, et al.  USDC Case No. CV 08-00232 CAS (JWJx).
Client Attorneys:
Mr. Andrew I. Roth, Attorney at Law, Reid & Hellyer APC, 3880 Lemon Street, Fifth Floor, Riverside, CA 92502-1300.  Phone: (951) 682-177.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:** September 15 & 16, 2009.  Anthony D. Lopez, v. City of Long Beach, et al.  USDC Case No. CV 08-03666 JFW.
Client Attorney:
Mr. Hermez Moreno, Attorney at Law Moreno & Perez, A Professional Corporation, The Petroleum Building, 714 West Olympic Blvd., Suite 450, Los Angeles, CA 90015.  Phone: (213) 745-6300.


**Trial:** September 17, 2009.  Ramiro Garcia, Jr., et al, v. County of Stanislaus, et al.  USDC Case No. 1:07-CV-01376 LJO-SMS.
Client Attorneys:
Mr. John Burris, Attorney at Law and Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Trial:** September 24, 2009.  T.D.W. (Watkins), v. Riverside County, et al.  USDC Case No. CV 08-00232 CAS (JWJx).
Client Attorneys:
Mr. Andrew I. Roth, Attorney at Law, Reid & Hellyer APC, 3880 Lemon Street, Fifth Floor, Riverside, CA 92502-1300.  Phone: (951) 682-177.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** September 28, 2009.  DeArmand E., A Minor, et al, v. City of Antioch, et al.  USDC Case No. C 08-01709 EMC.,
Client Attorneys:
Mr. Jivaka Candappa, Attorney at Law, 46 Shattuck Square, Suite 15, Berkeley, CA 94704.  Phone:  (510) 384-1624.
Ms. Jenny Huang, Attorney at Law, Justice First, LLP, 2831 Telegraph Avenue, Oakland, CA 94609.  Phone:  (510) 628-0695.


**Deposition:** September 29, 2009.  Michael Walker v. City of Los Angeles, et al.  USDC Case No. CV 08-047070 R (FFMC).
Client Attorneys:
Mr. John Burton, Esq., Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.
Ms. Maria Cavalluzzi, Esq., CAVALLUZZI & CAVALLUZZI, 9200 Sunset Blvd., Suite 807 Los Angeles, California 90069.  Phone:  (310) 246-2601.


**Deposition:** October 12, 2009.  Margaret Jurczak, v. Michael Brown, et al.  USDC Case File No. EDCV 08-00815 VAP (FMOx).
Client Attorney:
Mr. Benjamin Schonbrun, Attorney at law, Schonbrun DeSimone Seplow Harris & Hoffman LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone : (310) 396-0731.


**Deposition:** October 13, 2009.  John Macias Flores, v. Sylmar High School, et al., Superior Court (Los Angeles County), State of California Case No BC 384445.
Client Attorney:
Mr. Jeff Schwartz, Attorney at Law, Schwartz Law, P.C., 629 Camino de los Mares, Suite 203, San Clemente, CA 92673.  Phone: (888) 730-0529.


**Deposition**:  October 20, 2009.Barbara Powell, v. City of San Jose, et al., USDC Case No. C08-01213-JW.  Sheretta Henderson, v. City of San Jose, et al., USDC Case No. C08-01214-JW.  Natasha Burton, v. City of San Jose, et al., Case No. C08-01215-JW.

Client Attorney:
Mr. Matt Springman, Attorney at Law, Gonzalez & Leigh, LLP, Two Shaw Alley, Third Floor,
San Francisco, CA 94105.  Phone: (415) 512-2000.

**Deposition:** October 28, 2009.  Helen Kincheloe, et al, v. Chief David Caudle, City of Bertram, Texas,
et al USDC (Texas), Case No. A-09-010-LY.
Client Attorney:
Mr. James C. Harrington, Director, Texas Civil Rights Project, 1405 Montopolis Drive, Austin,
TX 78741-3438.  Phone: (512) 474-5073.

**Trial:**  November 4, 2009.  Raymond Torres and Maria Elva Amador-Torres, v. City of Los
Angeles, et al. USDC Case No. CV 054171 RGK (FMOx).  (Returned by US Supreme Court and
9th Circuit for retrial.)
Client Attorney:
Mr. Nelson E. Brestoff, Attorney at Law, A Professional Law Corporation, , 7701 Woodley
Avenue, Suite 120, Van Nuys, CA 91406.  Phone:  (818) 787-4077.

**Trial:**  November 5, 2009, and November 6, 2009.  Charles Davis III., v. City of Los Angeles, et
al.  Superior Court (Los Angeles County), State of California, Case No. BC 386864.
Client Attorneys:
Mr. Mustafa Abdul-Rahman, Attorney at Law, Law Office of Mustafa Abdul-Rahman, APC,
1100 South Hope Street, Suite 103, Los Angeles, CA 90015.  (213) 550-4600.
Mr. Rami Kayyali, Attorney at Law, The Law Offices of Rami Kayyali, 12400 Wilshire
Boulevard, Suite 400, Los Angeles, CA 90025.  Phone: (310) 571-3009.

**Trial:** November 6, 2009.  People v. Jacque Cedric Noel, Superior Court, State of California
(Los Angeles County), Case No. NA080584.
Client Attorney:
Raffi J. Manuelian, Attorney at Law, J & M Law Firm, LLP, 555 West 5th Street 31st Floor, Los
Angeles, CA 90013.  Phone:  (213) 996-8463.

**Deposition:**  November 9, 2009.  Delores Stringer, et al, v. City of San Pablo, et al, USDC Case
No. C07-3544 MEJ.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, The Law Offices of John Burris, Airport Corporate
Centre, 7677 Oakport St., Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Deposition:** November 20, 2009. Samuela Lavulavu, et al, v. County of Maricopa, et al. Superior Court (Maricopa County) State of Arizona Case No. CV 2008- 091389.
Client Attorney:
Mr. J. Robert Tolman, Attorney at Law, and Mr. H. Michael Wright, Attorney at Law, Law Offices of Davis Mills, PLLC, Work Address 30 West First Street, P.O. Box 15070 Mesa, AZ 85210-3115. Phone: (480) 733-6800.

**Deposition:** November 25, 2009. Luis Gomez, Maria Gila Gomez v. City of Torrance, et al. USDC Case No. CV07-790 ODW (SHx).
Client Attorney:
Mr. Conrad Herring, Attorney at Law, 3525 Del Mar Heights Road, Suite 305, San Diego, CA 92130. Phone: (858) 792-1539.

**Trial:** December 7, 2009, and December 8, 2009. John Macias Flores, v. Sylmar High School, et al., Superior Court (Los Angeles County), State of California Case No BC 384445.
Client Attorney:
Mr. Jeff Schwartz, Attorney at Law, Schwartz Law, P.C., 629 Camino de los Mares, Suite 203, San Clemente, CA 92673. Phone: (888) 730-0529.

**Deposition:** December 14, 2009. The Estate of Cody Hernandez, et al, v. The City Santa Ana, et al., USDC Case No. SA CV 07-0340.
Client Attorney:
Mr. Ralph M. Rios, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105. Phone: (626) 583-1100.

**Trial:** December 15, 2009. Luis Gomez, Maria Gila Gomez v. City of Torrance, et al. USDC Case No. CV07-790 ODW (SHx).
Client Attorney:
Mr. Conrad Herring, Attorney at Law, 3525 Del Mar Heights Road, Suite 305, San Diego, CA 92130. Phone: (858) 792-1539.

**Deposition:** January 5, 2010. Michael Curzi, v. City of Los Angeles, et al. USDC Case No: CV08-01373GHK (Rcx).
Client Attorney:
Ms. Rebecca A. Davis-Stein, Attorney at Law, Andrew D. Stein & Associates, 470 South San Vicente Blvd., 2nd Floor, Los Angeles, CA 90048. Phone: (323) 852-1507.

-29-

**Trial:** January 5, 2010.  Todd Hovey, v. City of Los Angeles, et al.  USDC Case No. CV08-08139 PA (Ex).
Client Attorney:
Mr. Mauro Fiore Jr., Attorney at Law, Law Offices of Mauro Fiore, Jr., 1901 W. Pacific Ave., Suite 260, West Covina, CA 91790.  Phone:  (626) 856-5856.


**Trial:** January 8, 2010.  Georgia Miller, et al,  v. City of Los Angeles, et al.  USDC Case No. EDCV 07-806 VAP (CTx).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone:  (626) 449-8300.


**Deposition:** January 10, 2010.  Christina Sandberg, et al., v. City of Torrance et al.  USDC Case No. CV08-08335 VBF (SSx).
Client Attorney:
Mr. Robert P. Damone, Attorney at Law, Glaser, Damone & Schroeder, 400 Oceangate #800, Long Beach, CA 90802-4834.  Phone: (562) 983-3130.


**Trial:** January 11, 2010.  The Estate of Cody Hernandez, et al, v. The City Santa Ana, et al., USDC Case No. SA CV 07-0340.
Client Attorney:
Mr. Ralph M. Rios, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105.  Phone: (626) 583-1100.


**Trial:** January 14, 2010.  Delores Stringer, et al, v. City of San Pablo, et al, USDC Case No. C07-3544 MEJ.
Client Attorneys:
Mr. John Burris, Attorney at Law, and Mr. Ben Nisenbaum, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport St., Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Deposition:** January 18, 2010.  Alice Rosas Aguilar, et al, v. County of Fresno, et al, USDC Case No. 08-CV-01201-AWI-GSA.
Client Attorneys:
Mr. Brian E. Claypool, The Claypool Law Firm, 1055 E. Colorado Blvd., 5th floor, Pasadena, California 91106.  Phone: (626) 240-4616.
Ms. Vicki I. Sarmiento, Law Offices of Vicki I. Sarmiento, 333 N. Garfield Avenue, Alhambra, California 91801.  Phone (626) 308-1171.

-30-

Mr. Dale K. Galipo, Law Offices of Dale K. Galipo, 21800 Burbank Blvd., Suite 310, Woodland Hills, California 91367.  Phone: (818) 347-3333.

**Trial:** January 27, 2010 and January 28, 2010.  Yvonne Vogel, et al, v. Maricopa County, et al., USDC Case No. CV07-00819 PHX-EHC.
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.

**Deposition:**  January 29, 2010.  Estate of Jose Raymundo Novoa Salgado, et al, v. County of San Bernardino, et al., USDC Case No. CV 08-08382 MRP.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Trial:**  February 8, 2010.  Michael Walker v. City of Los Angeles, et al.  USDC Case No. CV 08-047070 R (FFMC).
Client Attorneys:
Mr. John Burton, Esq., Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.
Ms. Maria Cavalluzzi, Esq., CAVALLUZZI & CAVALLUZZI, 9200 Sunset Blvd., Suite 807 Los Angeles, California 90069.  Phone:  (310) 246-2601.

**Deposition:**  February 9, 2010.  Sean Francis McCloskey, et al., v. CHP Officer Michael E. Courtnier, et al.  USDC Case No: C05-04641 MMC.
Client Attoeney:
Mr. Adante Pointer, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Deposition:**  February 10, 2010.  Jonathan Meas, v. City and County of San Francisco, et al. USDC Case No. C 08 04075 PJH.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport St., Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Trial:**  February 12, 2010.  J.D.R., et al, v. City of Los Angeles, et al.  Case No. CV 06-07466 SJO (MANx).
Client Attorney:

Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** February 15, 2010.  Roger Taylor, v. City of Chula Vista, et al.  Superior Court, State of California (San Diego County), Case No. 37-2008-00072640 CU-PO-SC.
Client Attorney:
Mr. Norman M. Finkelstein, Attorney at Law, Finkelstein & Finkelstein 2372 First Avenue, San Diego, CA 92101.  Phone (619) 232-1815.


**Deposition:**  February 17, 2010.  The Estate of Alan Kosakoff, et al. v. City of San Diego, et al.  USDC Case No. 08 CV 1819 IEG (NLS).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Deposition:**  February 22, 2010.  631.  Gregory Jones, et al., v. County of Del Norte, et al.  USDC Case No. 08-CV-03222 CW.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  February 22, 2010.  Lawrence Azevedo v. City of Fresno, et al., USDC Case No. 1:9 - CV-00375 AWI DLB.
Client Attorney:
Mr. John C. Fattahi, Attorney at Law,  Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:** February 25, 2010.  February 27, 2009.  Sergio Lopez, et al, v. Chula Vista Police Department, et al.  USDC Case No. 07-CV-01272 WQH BLM.
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Trial:**  March 10, 2010.  Adam Alarid, v. County of Los Angeles, et al.  USDC Case No. CV 08-07819 CAS (Ex).
Client Attorney:
Mr. Richard Rosenstock, Attorney at Law, 1121 Paseo de Peralta, Santa Fe, NM 87501.  Phone: (505) 988-5324.

**Trial:** March 11, 2010.  Roger Taylor, v. City of Chula Vista, et al.  Superior Court, State of California (San Diego County) Case No. 37-2008-00072640 CU-PO-SC.
Client Attorney:
Mr. Norman M. Finkelstein, Attorney at Law, Finkelstein & Finkelstein, 2372 First Avenue
San Diego, CA 92101.  Phone: (619) 232-1815.


**Trial:** March 18, 2010.  Estate of Jose Raymundo Novoa Salgado, et al, v. County of San Bernardino, et al., USDC Case No. CV 08-08382 MRP.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:** March 19, 2010.  Christina Sandberg, et al., v. City of Torrance et al.  USDC Case No. CV08-08335 VBF (SSx).
Client Attorney:
Mr. Robert P. Damone, Attorney at Law, Glaser, Damone & Schroeder, 400 Oceangate #800, Long Beach, CA 90802-4834.  Phone: (562) 983-3130.


**Trial:** March 23, 2010.  Barbara Powell, v. City of San Jose, et al., USDC Case No. C08-01213-JW.  Sheretta Henderson, v. City of San Jose, et al., USDC Case No. C08-01214-JW.  Natasha Burton, v. City of San Jose, et al., Case No. C08-01215-JW.
Client Attorney:
Mr. Matt Springman, Attorney at Law, Gonzalez & Leigh, LLP, 744 Montgomery Street, Suite 500, San Francisco, CA 94111.  Phone: (415) 912-5950.


**Deposition:** March 25, 2010.  Ambrett Spencer, et al v. Maricopa County, et al.  Maricopa County Superior Court Case No. CV 2007-006416.
Client Attorney:
Ms. Ann E. Findling, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.


**Deposition:** April 1, 2010.  Spencer Gogue, v. City of Los Angeles, et al.  USDC Case No. CV09-02610 PSG (Ex).
Client Attorney:
Mr. Robert P. Damone, Attorney at Law, Glaser, Damone & Schroeder, 400 Oceangate #800, Long Beach, CA 90802-4834.  Phone: (562) 983-3130.

**Trial:** April 2, 2010.  Greg Hall  v. County of Orange, et al.  Superior Court, State of California (County of Orange), Case No. 05CC11020.
Client Attorney:
Mr. Ralph M. Rios, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105.  Phone: (626) 583-1100.


**Deposition:** April 6, 2010.  Douglas Burns, v. City of Redwood City, et al.  USDC Case No. C-08-2995 JSW (EDL).
Client Attorneys:
Mrs. Julia Sherwin, Attorney at Law, Mr. Michael J. Haddad, Attorney at Law, HADDAD & SHERWIN, 505 Seventeenth Street, Oakland , CA 94612.  Phone: (510) 452-5500.


**Deposition:** April 14, 2010.  Jason Price, v. County of San Bernardino, et al.  USDC Case No. CV 09-03481.
Client Attorney:
Mr. Peter Schlueter, Attorney at law, The Law Office of Peter Schlueter, 320 North E Street #210, San Bernardino, CA 92401.  Phone (909) 381-4888.


**Trial:** April 19, 2010.  Jackie B. LeBlanc, et al. v. City of Los Angeles, et al.  Superior Court, State of California (Loa Angeles County), Case No. BC-320-940.
Client Attorney:
Mr. Humberto Guizar, Attorney at Law, Law Offices of Humberto Guizar, 3500 West Beverly Boulevard, Montebello, CA 90640-1541.  Phone: (323) 725-1151.


**Deposition:** April 23, 2010.  Marvetia Lynn Richardson, et al, v. City of Antioch, et al.  USDC. Case No. C08-3470 JSW.
Client Attorney:
Mr. Quinton Cutlip, Attorney at Law, Meis and Associates, 100 Bush Street Suite 1800, San Francisco, CA 94104.  Phone: (415) 981-4612.


**Trial:** April 26, 2010.  Maria Joya, v. City of Hayward, et al.  USDC Case No. C-07-04718 CRB.
Client Attorney:

-34-

Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Deposition:** April 27, 2010 and May 13, 2010.  Hong Ha, v. City of Liberty Lake, et al.  USDC Case No. CV-08-382-LRS.
Client Attorney:
Mr. Larry J. Kuznetz, Attorney at Law, Powell, Kuznetz & Parker, P.S., Rock Pointe Tower, 316 W. Boone Avenue, Suite 380, Spokane, WA 99201-2346.  Phone: (509) 455-4151.


**Deposition:** May 4, 2010.  Alan Hirschfield, et al, v. San Diego Unified Port District, et al., USDC Case No. CV 08-2103 BTM (NLS).
Client Attorneys:
Mr. Brian Edward Claypool, Attorney at Law, Claypool Law Firm, 1055 East Colorado Blvd, 5th Floor, Pasadena, CA 91106.  Phone: (626) 240-4616.
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801.
Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** May 5, 2010.  Frederick J. Lass, v County of Orange, et al.  USDC Case No. SACV 08-01132 JVS (Anx).
Client Attorney:
Mr. Thomas A. Avdeef, Attorney at Law, The Law Offices of Thomas A. Avdeef, 191 North Center Street, Orange, CA 92866.  Phone:  (714) 288-4194.


**Deposition:** May 7, 2010.  Insook Kim (Aziz R. James), v. City of Santa Clara, et al.  USDC Case No. CV 09-0025 RS.
Client Attorney:
Mr. Brian K. Gearinger, Attorney at Law, Gearinger Law Group, 825 Van Ness Avenue, 4th Floor, San Francisco, CA 94109.  Phone (415) 440-3102.


**Deposition:** May 12, 2010.  Sieni T. Patu, v. City of Anaheim, et al.  USDC Case No. CV09-04199 RGK (Ex).
Client Attorney:
Mr. Mervyn Selwyn Lazarus, Attorney at Law, The Law Office of Mervyn Selwyn Lazarus, 4340 Campus Drive, Suite 100, Newport Beach, CA 92660.  Phone (949) 315-0102.

**Deposition:** June 1, 2010. Johnny Silva, v. Franklin White, et al. USDC Case No. CV 0891 JAH POR.
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036. Phone: (619) 233-1525.


**Deposition:** June 3, 2010. John Derek Lagway, v. City of Conroe, et al. USDC Case No. 4:09
Client Attorney,
Mr. Randall L. Kallinen, Attorney at Law, The Law Office of Randall L. Kallinen, 511 Broadway Street, Houston, TX 77012. Phone: (713) 320-3785.


**Deposition:** June 14, 2010. 673. Kimberly A. Querry, v. Officer Smale, et al., USDC Case No. 09-CV-0215 WQH POR
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036. Phone: (619) 233-1525.


**Deposition:** June 21, 2010. Siehna M. Cotton, a Minor, et al. v. City of Eureka, et al. Case No. 08-CV-04386 SBA.
Client Attorneys:
Mr. Brian Edward Claypool, Attorney at Law, Claypool Law Firm, 1055 East Colorado Blvd, 5th Floor, Pasadena, CA 91106. Phone: (626) 240-4616.
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801. Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.


**Deposition:** June 24, 2010. Estate of Jesus Manzo, et al v. County of San Diego, et al. USDC Case No. 06 CV-0060 (Wmc).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036. Phone: (619) 233-1525.


**Deposition:** June 25, 2010. Frederick Jackson, et al. v. City of Pittsburg, et al. USDC Case No. C09-01016 WHA.
Client Attorney:
Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602. Phone: (510) 530-4078.

**Deposition:** June 25, 2010.  Frederick Jackson, et al. v. City of Pittsburg, et al.  USDC Case No. C09-01016 WHA.
Client Attorney:
Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602.  Phone: (510) 530-4078.


**Deposition:** June 28, 2010.  Ruben Garcia, v. City of Imperial, et al.  USDC Case No. 08cv2357 BTM (PCL).
Client Attorneys:
Mr. David Blair-Loy, Legal Director, ACLU Foundation of San Diego & Imperial Counties, Bank of America Building, 450 "B" Street, Suite 1420, PO Box 87131, San Diego, CA 92138-7131.  Phone: (619) 232.2121 ext. 230.
Ms. Jennifer M. Fontaine, Attorney at Law, Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, CA 92121-1909.  Phone: (858) 550-6143.


**Trial:** July 1, 2010.  Delano Yanes., v. Maricopa County, et al., Case No. CV2007-017937.
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.

**Deposition:** July 7, 2010.  Andrew J. Athetis, et al, v. Town of Gilbert, et al.  USDC (Arizona) Case No. CV 09-677.  PHX NVW.
Client Attorney:
Mr. Richard T. Treon, Attorney at Law, Treon, Aguirre, Newman & Norris, 2700 North Central Avenue, Suite 1400, Phoenix, AZ 85004-1133.  Phone: (602) 285-4400.


**Deposition:** July 12, 2010.  Lindsey Bishop and Carolyn Clark, v. Tony Arcuri, et al.  USDC (Texas) Case No. SA 09-CA-0751.
Client Attorney:
Mr. Todd Batson, Attorney at Law, Texas Civil Rights Project, Michael Tigar Human Rights Center 1405 Montopolis Drive, Austin, TX 78741-3438.  Phone: (512) 474-5073.


**Trial:** July 19, 2010.  Frederick Jackson, et al. v. City of Pittsburg, et al.  USDC Case No. C09-01016 WHA.
Client Attorney:

Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602.  Phone: (510) 530-4078.

**Trial:** July 21, 2010.  People v. Paul Ohl., Superior Court, State of California, Riverside County, Case No. Case No. SWM 089030.
Client Attorney:
Mr. Peter Schlueter, Attorney at law, The Law Office of Peter Schlueter, 320 North E Street #210, San Bernardino, CA 92401.  Phone (909) 381-4888.

**Deposition:**  July 30, 2010.  Noreen Salinas, v. City of San Jose, et al.  Case No. C08-02625 RS
Client Attoeney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Deposition:**  August 5, 2010.  Jesse Johnson and Tim Horton, v. City of Antioch, et al. USDC Case No. C09-03153 EMC.
Client Attorney:
Mr. Jivaka Candappa, Attorney at Law, 180 Grand Ave. Suite 700, Oakland, CA, 94612.  Phone: (510) 628-0400.

**Deposition:** August 6, 2010.  705.  Pablo Camarillo, v. City of Maywood, et al.  USDC Case No. CV07-3469 ODW (Shx).
Client Attorneys:
Donald Cook, Attorney at Law.  The Law Offices of Robert Mann and Donald W. Cook.  3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone: (213) 252-9444.
Mr. Olu Orange, Attorney at Law.  Orange Law Offices, 6080 Center Drive, Suite 600, Los Angeles , CA 90045.  Phone: (310) 815-8600.
Ms. Ellen H. Ellison, Attorney at Law, The Law Office of Ellen Ellison, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010-2015.  Phone: (213) 365-8225.

**Deposition:** August 25, 2010.  Estate of Noe Rojas, et al, v. City of San Diego, et al.  USDC Case  No: 09cv0227 BEN (AJB).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West  "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.

**Trial:** August 26, 2010.  Alice Rosas-Aguilar, v. County of Fresno, et al.  USDC Case No. 1:08 cv-01202 AWI-GSA.
Client Attorneys:
Mr. Brian Edward Claypool, Attorney at Law, Claypool Law Firm, 1055 East Colorado Blvd, 5th Floor, Pasadena, CA 91106.  Phone: (626) 240-4616.
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801.
Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** August 30, 2010.  Mary Lucero, et al, v. City of Yuma, et al.  USDC Case No. CV09-00363 PHX-DKD.
Client Attorney:
Mr. David J. Don, Attorney at Law, Law Offices of David J. Don, PLLC, 301 East Bethany Home Road, Suite B-100, Phoenix, AZ  85012.  Phone: (480) 948-1212.


**Trial:** September 9, 2010.  Jonathan Meas, v. City and County of San Francisco, et al. USDC Case No. C 08 04075 PJH.
Client Attorneys:
Mr. Ben Nisenbaum, Attorney at Law, and Mr. Adante Pointer, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Trial:**  September 17, 2010 and September 21, 2010.  Frederick J. Lass, v County of Orange, et al.  USDC Case No. SACV 08-01132 JVS (Anx).
Client Attorney:
Mr. Thomas A. Avdeef, Attorney at Law, The Law Offices of Thomas A. Avdeef, 191 North Center Street, Orange, CA 92866.  Phone:  (714) 288-4194.


**Trial:**  September 20, 2010.  Andres Nunez, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 333416.
Client Attorneys:
Mr. Matthew S. Mc Nicholas, Attorney at Law, and Ms. Christiana J. Smith, Attorney at Law, Mc Nicholas & Mc Nicholas LLP, 10866 Wilshire Blvd., #1400, Los Angeles, CA 90024.
Phone: (310) 474-1582.

**Trial:** September 22, 2010.  John Derek Lagway, v. City of Conroe, et al.  USDC Case No. 4:09-CV-01732.
Client Attorney:
Mr. Randall L. Kallinen, Attorney at Law, The Law Office of Randall L. Kallinen, 511 Broadway Street, Houston, TX 77012.  Phone: (713) 320-3785.


**Deposition:** September 27, 2010.  Valentina Arce, et al, v. City of Richmond, et al.  USDC Case No. C09-01168 JCS.
Client Attorney:
Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Deposition:** October 1, 2010.  Maria Irma Dela Torre v. City of Salinas, et al.  USDC Case No. C09-0626 RMW.
Client Attorneys:
Mrs. Julia Sherwin, Attorney at Law, Mr. Michael J. Haddad, Attorney at Law, HADDAD & SHERWIN, 505 Seventeenth Street, Oakland , CA 94612.  Phone: (510) 452-5500.


**Deposition:** October 4, 2010.  Terry Hillblom, et al, v. County of Fresno, et al. USDC Case No. 1:07-CV-01467 LJO-SMS.
Client Attorney:
Ms. Patience Milrod, Attorney at law, The law Office of Patience Milrod, 844 North Van Ness Avenue, Fresno, CA 93728.  Phone: (559) 442-3111.


**Deposition:** October 11, 2010.  Lakesha Wright, et al., v. City of Long Beach, et al.  Superior Court State of California (Los Angeles County) Case No. BC404505.
Client Attorneys:
Ralph E. Harrison II, Attorney at Law, The Law Office of Ralph E. Harrison II 3450 Wilshire Boulevard, Suite 705 Los Angeles, CA 90010.  Phone (213) 616-0201.
Altus Waddell Hudson, Attorney at Law, Kidd & Hudson, 3450 Wilshire Boulevard, Suite705, Los Angeles, CA 90010.  Phone (213) 739-1777.


**Trial:** October 18, 2010, and October 19, 2010404.  Ruben Garcia, v. City of Imperial, et al. USDC Case No. 08cv2357 BTM (PCL).
Client Attorneys:
Mr. David Blair-Loy, Legal Director, ACLU Foundation of San Diego & Imperial Counties, Bank of America Building, 450 "B" Street, Suite 1420, PO Box 87131, San Diego, CA 92138-7131.  Phone: (619) 232.2121 ext. 230.

Ms. Jennifer M. Fontaine, Attorney at Law, Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, CA 92121-1909.  Phone: (858) 550-6143.

**Trial:** October 26, 2010.  People v. Marco Zuniga.  Superior Court (Santa Clara County), Case No. CC950194.
Client Attorney:
Mr. Eric Geffon, Geffon & Isger, 75 E. Santa Clara Street, Suite 295, San Jose, CA 95113.
Phone: (408) 295-3330.

**Deposition:** October 28, 2010.  Valerie Barber and Robert Hamilton, v. City of Santa Rosa, et al. USDC Case No. CV 08-5649 MMC.
Client Attorney:
Mr. J. Wynne Herron, Attorney at Law, Herron & Herron, 18360 Sonoma Highway, Sonoma, CA 95476.  Phone:  (707) 933-4430.

**Deposition:**  November 4, 2010.  Paul Burke, v. City of Santa Monica, et al.  USDC Case No. CV 09-2259 MMM (PLAx).
Client Attorney:
Mr. Martin D. Holly, Esq., The Law Offices of Martin D. Holly, Pacific Corporate Towers, 222 North Sepulveda Blvd., Suite 2000, El Segundo, CA 90245.  Phone: (310) 335-2060.

**Deposition**:  November 8, 2010.  Leopoldo Paz-Herrera, v. City and County of San Francisco, et al. USDC Case No. CV 09.4795 MMC.
Client Attorney:
Mr. Charles Geerhart, Attorney at Law, PAOLI & GEERHART LLP, 785 Market Street, Suite 1150. San Francisco, CA 94103.  Phone: (415) 498-2101.

**Deposition:**  December 2, 2010.  Jason A. Deats, v. County of Orange, et al. USDC Case No. CV09-6322 PSG (PJM).
Client Attorney:
Mr. Michael J. Olecki, Attorney at Law, Grodsky & Olecki LLP, 2001 Wilshire Boulevard, Suite 210, Santa Monica, CA. 90403.  Phone:  (310) 315-3009.

**Deposition:**  December 3, 2010.  Kristal Madrid, v. City of Fresno, et al.  Case No. 1:10-CV-00592-OWW-JLT.
Client Attorney:

-41-

Mr. Ben Nisenbaum, Attorney at Law, The Law Offices of John L. Burris, Airport Corporate Centre, 7677 Oakport St., Suite 1120, Oakland, CA 94621.  Phone:  (510) 839-5200.

**Trial:**  December 6, 2010.  Dwayne Zachary, et al, v. County of Sacramento, et al. USDC Case No. 2:06-CV-01652 MCE – PAN.
Client Attorneys:
Mr. Samuel E. Brown, Attorney at Law, Law Offices of Bonner & Bonner, 1913 Bridgeway Sausalito, CA 94965.  Phone: (415) 331-3070.
Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.

**Trial:**  December 9, 2010.  Jesse Johnson and Tim Horton, v. City of Antioch, et al.  USDC Case No. C09-03153 EMC**.**
Client Attorney:
Mr. Jivaka Candappa, Attorney at Law, 180 Grand Ave. Suite 700, Oakland, CA, 94612.  Phone: (510) 628-0400.

**Deposition:**  December 13, 2010.  Elizabeth Cabral, v. County of San Bernardino, et al.  USDC Case No. ED CV 09-00692 DEW (JCx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367..  Phone: (818) 347-3333.

**Deposition:**  December 15, 2010.  Elizabeth Serrano and Robert Anthony Serrano, v. City of Ontario, et al.  USDC Case No. ED CV09-01990 GAF (PJWx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367..  Phone: (818) 347-3333.

**Deposition:**  December 22, 2010.  Rukhsana Chaudhry, et al. v. City of Los Angeles, et al.  USDC Case No CV09-1592 FMC (Rzx).
Client Attorneys:
Mr. Olu K. Orange, Attorney at Law, Orange Law Offices, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010.  Phone:  (213) 736-9900.
Mr. Robert Mann, Attorney at Law, Mr. Donald W. Cook, Attorney at Law, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010.  Phone: Phone: (213) 252-9444.
Ms. Ameena M. Qazi, Attorney at Law, Council on American-Islamic Relations, California, 2180 W. Crescent Ave., Suite F, Anaheim, CA 92801.  Phone: (714) 776-1847.

**Deposition:** January 7, 2011.  Eldridge Payne, v. County of Orange, et al. USDC Case No. SACV09-0193 AG (Anx).
Client Attorney:
Mr. Joseph C. Gjonola, Attorney at Law, Girardi & Keese, 1126 Wilshire Boulevard, Los Angeles, CA 90017. Phone: 213-977-0211.


**Trial:** January 12, 2011.  Paul Burke, v. City of Santa Monica, et al.  USDC Case No. CV 09-2259 MMM (PLAx).
Client Attorney:
Mr. Martin D. Holly, Esq., The Law Offices of Martin D. Holly, Pacific Corporate Towers, 222 North Sepulveda Blvd., Suite 2000, El Segundo, CA 90245.  Phone: (310) 335-2060.


**Deposition:** January 14, 2011S.  Ming Chen, v. City and County of San Francisco,  et al. Superior Court, (San Francisco County).  Case No. CGC 09 485027.
Client Attorneys:
Ms. Lizabeth N. De Vries, Attorney at Law and Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.


**Trial:** January 19, & 20, 2011.  Rukhsana Chaudhry, et al. v. City of Los Angeles, et al.  USDC Case No CV09-1592 FMC (Rzx).
Client Attorneys:
Mr. Olu K. Orange, Attorney at Law, Orange Law Offices, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010.  Phone:  (213) 736-9900.
Mr. Robert Mann, Attorney at Law, Mr. Donald W. Cook, Attorney at Law, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010.  Phone: Phone: (213) 252-9444.
Ms. Ameena M. Qazi, Attorney at Law, Council on American-Islamic Relations, California, 2180 W. Crescent Ave., Suite F, Anaheim, CA 92801.  Phone: (714) 776-1847.


**Trial:** January 20, 2011.  January 26, 201 Elizabeth Cabral, v. County of San Bernardino, et al. USDC Case No. ED CV 09-00692 DEW (JCx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367..  Phone: (818) 347-3333.


**Deposition:** January 26, 2011. *Timothy Mitchell, Sr, et al. v. City of Pittsburg, et al.  USDC Case No CV 09-0794 SI.*
Client Attorney:

-43-

Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Trial:** January 27, 2011.  Michael Curzi, v. City of Los Angeles, et al.  USDC Case No: CV08-01373GHK (Rcx).
Client Attorney:
Ms. Rebecca A. Davis-Stein, Attorney at Law, Andrew D. Stein & Associates, 470 South San Vicente Blvd., 2nd Floor, Los Angeles, CA 90048.  Phone:  (323) 852-1507.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367..  Phone: (818) 347-3333.

**Deposition:** January 27, 2011.  Anita Lynette Wooten, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County) Case No. NC 053151
Client Attorney:
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801. Phone: (626) 308-1171.

**Trial** January 31, 2011.  Ming Chen, v. City and County of San Francisco,  et al.  Superior Court, (San Francisco County).  Case No. Case No. CGC 09 485027.
Client Attorneys:
Ms. Lizabeth N. De Vries, Attorney at Law and Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.

**Deposition:** February 2, 2011.  John Bernat v. City of California City, et al.  USDC Case No. 10-CV-00305 OWW (JLT).
Client Attorney:
Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

**Deposition**: February 4, 2011.  Geoffrey Pete, v. City of Oakland, et al.  USDC Case No. 3:09-cv-06097.
Client Attorney:
Ms. Amanda Metcalf, Attorney at Law, The Law Office of A.  Metcalf, 29 Marin Bay Park Court, San Rafael, CA. 94901.  Phone: (415) 454-9945.

**Deposition:** February 7, 2011.  Donna Moore, et al. v. Robert Smith, et al.  USDC Case No. 07 C 5908.

Client Attorneys:
Mr. Ben Elson, Mr. G. Flint Taylor, Ms. Jan Susler, Attorneys at Law, People's Law Office, 1180 N. Milwaukee Avenue, 3rd Floor, Chicago, Illinois 60642.  Phone: (773) 235-0070.


**Deposition:** February 11, 2011.  Thomas Ray Woodson, v. J. Rodriguez, et al.  USDC Case No. 4:07-cv-04925-CW (DMR).
Client Attorney:
Mr Joseph K. Kanada, Esq., Morrison and Foerster, LLP, 755 Page Mill Road, Palo Alto, CA 94304-1018.  Phone: (650) 831-5925.


**Deposition:** February 24, 2011.  John Ross, Marvin Britton, v., City of San Diego et al.  Superior Court, State of California (San Diego County) Case No. 37-2009-00099412 CU-CR-CTL
Client Attorney:
Mr. Matthew Robert Miller, Miller Law Firm, 835 5th Ave Ste 204, San Diego, CA 92101.  Phone:  (619) 687-0143


**Deposition:** March 3, 2011.  James B. White, v. City and County of San Francisco, et al.  USDC Case No. C-08-05419-PJH.
Client Attorney:
Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Trial:** March 9, 2011.  Sonja Gabales, et al, v. County of San Joaquen, et al.  USDC Cases No. S-07-1346 & S-07-2074 LLK/DAD.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Deposition:**  March 17, 2011.  Nicholas Saracho, a minor, et al, v. County of Los Angeles, et al.  Superior Court (Los Angeles County) Case No. BC 417304.
Client Attorney:
Ms. Maria Cavalluzzi, Esq., CAVALLUZZI & CAVALLUZZI, 9200 Sunset Blvd., Suite 807 Los Angeles, California 90069.  Phone:  (310) 246-2601.


**Deposition:**  March 23, 2011.  Albert Mendoza, v. City of Freeport and Officer Chris Blake.  USDC (Texas) Case No. 4:10-cv-01019.
Client Attorney:

Mr. Randall L. Kallinen, Attorney at Law, The Law Office of Randall L. Kallinen, 511 Broadway Street, Houston, TX 77012.  Phone: (713) 320-3785.


**Deposition:**  March 25, 2011.  Ezequiel Jacobo, Sr., et al, v. Los Angeles County, et al.  USDC Case No. CV09-6685 DSF (AGRx).
Client Attorneys:
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801.  Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  March 28, 2011.  Miguel Gutierrez, v. Sacramento Sheriff's Department, et al.  Superior Court, State of California (Sacramento County).  Case No. 34-2009  00050830.
Client Attorney:
Mr. Robert Thurbon, Attorney at Law, Law Offices of Thurbon and McHaney, 2339 Gold Meadow Way, Gold River, CA 95670.  Phone:  (916) 636-1840.


**Deposition:**  March 31, 2011.  Sheryl Jackson and Kelvin Nash v. City of San Bernardino, et al.  USDC Case No. CV 09-08671 RGK (FFMx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  April 4, 2011.  Jacque Cedric Noel v. City of Los Angeles, USDC Case No. CV10-04044.
Client Attorney:
Mr. Christopher Driscoll, Esq., Jonas & Driscoll, LLP, 555 West Fifth Street, 31st Floor Los Angeles, CA 90013.  Phone: (213) 683-2033.


**Trial:**  April 6 & 7, 2011.  Sheryl Jackson and Kelvin Nash, v. City of San Bernardino, et al.  USDC Case No. CV 09-08671 RGK (FFMx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:**  April 11 & 12, 2011.  People v. Reynaldo Canales Superior Court (Kern County), Case No.  BF 131126.
Client Attorney:

-46-

Ms. Stephanie Gunther, Deputy Public Defender, Law Office of the Public Defender, County of Kern, 1315 Truxtun Avenue, Bakersfield, CA 93301.  Phone: (661) 868-4799.

**Trial:** April 14, 2011.  Alice Rosas Aguilar, et al, v. County of Fresno, et al, USDC Case No. 08-CV-01201-AWI-GSA.
Client Attorneys:
Mr. Brian E. Claypool, The Claypool Law Firm, 1055 E. Colorado Blvd., 5th floor, Pasadena, California 91106.  Phone: (626) 240-4616.
Ms. Vicki I. Sarmiento, Law Offices of Vicki I. Sarmiento, 333 N. Garfield Avenue, Alhambra, California 91801.  Phone (626) 308-1171.
Mr. Dale K. Galipo, Law Offices of Dale K. Galipo, 21800 Burbank Blvd., Suite 310, Woodland Hills, California 91367.  Phone: (818) 347-3333.

**Deposition:**  April 15, 2011.  775.  George Engman, et al, v. City of Ontario, et al.  USDC Case No. ED CV10-000284 CAS FFM.
Client Attorney:
Mr. Peter Schlueter, Attorney at law, The Law Office of Peter Schlueter, 320 North E Street #210, San Bernardino, CA 92401.  Phone (909) 381-4888.

**Trial:**  April 20, 2011.  Miguel Gutierrez, v. Sacramento Sheriff's Department, et al.  Superior Court, State of California (Sacramento County).  Case No. 34-2009  00050830.
Client Attorney:
Mr. Robert Thurbon, Attorney at Law, Law Offices of Thurbon and McHaney, 2339 Gold Meadow Way, Gold River, CA 95670.  Phone:  (916) 636-1840.

**Trial:**  April 25 & 26, 2011.  John Ross, Marvin Britton, v., City of San Diego et al.  Superior Court, State of California (San Diego County) Case No. 37-2009-00099412 CU-CR-CTL
Client Attorney:
Mr. Matthew Robert Miller, Miller Law Firm, 835 5th Ave Ste 204, San Diego, CA 92101.  Phone:  (619) 687-0143.

**Trial:**  April 25 & 26, 2011.  Estate of Jesus Manzo, et al v. County of San Diego, et al.  USDC Case No. 06 CV-0060 (Wmc).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.

**Trial:**  April 27, 2011.  John Bernat v. City of California City, et al.  USDC Case No. 10-CV-00305 OWW (JLT).
Client Attorney:
Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.


**Deposition:**  April 29, 2011.  Garland MacIntosh, v. City of Camarillo, et al.  USDC Case No. 10-5846 DMG (PLAx).
Client Attorney:
Mr. Mark Pachowicz, Attorney at Law, Law Offices of Mark Pachowicz, 771 Daily Drive, Suite 230, Camarillo, CA 93010.  Phone: (805) 482-2507.


**Deposition:**  May 2, 2011.  Santiago Ibarra Rivera, v. County of Los Angeles, County of San Bernardino, etc., CV10-1861 PSG (Central District, Los Angeles).
Client Attorneys:
Mr. Donald W. Cook, Attorney at Law, Mr. Robert Mann, Attorney at Law, The Law Offices of Robert Mann and Donald W. Cook, 3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone :  (213) 252-9444.


**Deposition:**  May 11, 2011.  Billy J. Hatcher, v. County of Alameda, et al.  USDC Case No. C09-1650 THE.
Client Attorneys:
Mr. John Burris, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone:  (510) 839-5200.
Ms. Gayla B. Libet, Attorney at Law, Law Offices of Gayla B. Libet, 486  41st Street, Suite 3, Oakland, CA 94609.  Phone: (510) 420-0324.


**Deposition:**  May 20, 2011.  Jeanne Berg, v. City of Carlsbad, et al.  USDC Case No. 09-cv-2669 JAH (BGS).
Client Attorney:
Mr. James D. Hoey III, Attorney at Law, The Hoey Law Firm, 11975 El Camino Real, Suite 150, San Diego, CA  92130.  Phone: (858) 550-1002.


**Deposition:**  May 31, 2011.  Ramirez, et al v. City of Phoenix, et al.  Superior Court, State of Arizona, (Maricopa County), Case No. 2009-024376.
Client Attorney:

Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.


**Deposition:**  June 2, 2011.  Baker, Berry v.  County of San Diego, et al.  Superior Court, State of California, (San Diego County), Case No. 37-2010-00093583-CU-CR-EC.
Client Attorney:
Mr. Thomas D. Luneau, Attorney at Law, Casey Gerry Schenk et al LLP, 110 Laurel Street, San Diego, CA 92101-1486. Phone (619) 238-1811.


**Deposition:**  June 3, 2011.  Bertha Jauregui v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. TC 023050.
Client Attorney:
Mr. Etan Z. Lorant, Attorney at Law, Law Offices of Etan Z Lorant, 5850 Canoga Avenue, Suite 400,
Woodland Hills, CA 91367 Phone:  (818) 990-3990.


**Trial:** June 7, 2011.  Douglas Burns, v. City of Redwood City, et al.  USDC Case No. C-08-2995 JSW (EDL).
Client Attorneys:
Mrs. Julia Sherwin, Attorney at Law, Mr. Michael J. Haddad, Attorney at Law, HADDAD & SHERWIN, 505 Seventeenth Street, Oakland , CA 94612.  Phone: (510) 452-5500.


**Trial:** June 8, 2011.  David L. Tomblin v. County of Los Angeles, et al, USDC Case No. CV 10-2450, ODW (PJWx).
Client Attorneys:
Mr. John Burton, Esq., Mr. Timothy Midgley, Esq., Law Offices of John Burton, 64 North Raymond Avenue, Suite 300, Pasadena, CA 91103.  Phone: (626


**Trial:** June 15, 2011.  Billy J. Hatcher, v. County of Alameda, et al.  USDC Case No. C09-1650 THE.
Client Attorneys:
Mr. John Burris, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone:  (510) 839-5200.
Ms. Gayla B. Libet, Attorney at Law, Law Offices of Gayla B. Libet, 486 41st Street, Suite 3, Oakland, CA 94609.  Phone: (510) 420-0324.

**Trial:** June 23 & 24, 2011.  Donald Eugene Boyd, et al. v. City of Houston, et al., USDC Case No. H -08-2947.
Client Attorney:
Mr. Randall L. Kallinen, Attorney at Law, The Law Office of Randall L. Kallinen, 511 Broadway Street, Houston, TX 77012.  Phone: (713) 320-3785.


**Trial:** June 24, 2011.  Jason A. Deats, v. County of Orange, et al. USDC Case No. CV09-6322 PSG (PJM).
Client Attorney:
Mr. Michael J. Olecki, Attorney at Law, Grodsky & Olecki LLP, 2001 Wilshire Boulevard, Suite 210, Santa Monica, CA. 90403.  Phone:  (310) 315-3009.