**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTEZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ),**<br>　　　　　　　　**Plaintiffs**,<br>　　v.<br>**CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police of the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer of the CITY OF FRESNO),**<br>　　　　　　　　**Defendants.** | **CV F 10 - 0581 AWI DLB**<br><br>**ORDER DIRECTING PRODUCTION OF CLEAN COPY OF DOCUMENT** |

1    At oral argument held on December 8, 2011, in the above-captioned action, the court determined that it requires a copy of the document provided by Mr. Eddie J. Aubrey to the Fresno City Manager titled "Office of Independent Review: 2010 Annual Report January 1 - December 31, 2010" (hereinafter the "Document")  The court requires a clean copy of said Document to resolve issues pertaining to information contained therein.

     THEREFORE, it is hereby ORDERED that Mr. Eddie J. Aubrey shall produce by email a copy of the file containing the Document as an attachment.  On the face of the email transmission to which the Document is attached, Mr. Eddie Aubrey shall certify that the file attached is a true and correct copy of the Document previously as provided to the Fresno City Manager reflecting his report concerning the year 2010.  Mr. Aubrey shall direct the email and attached Document to Francine.Kanne@fresno.gov.  Should any difficulty arise with regard to the production of the Document resulting in delay, Mr. Aubrey shall immediately contact the court at (559) 499-5660.

IT IS SO ORDERED.

Dated:     December 8, 2011                              _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE