1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTEZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ),<br>     **Plaintiffs**,<br><br> v.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police of the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer of the CITY OF FRESNO),<br><br>     **Defendants**. | CV F 10 - 0581 AWI DLB<br><br>**CORRECTED ORDER DIRECTING APPEARANCE IN COURT OF WITNESS** |

1	Arthur Lopez is hereby ORDERED to appear in Courtroom 2 of the United States
2	District Court located at 2500 Tulare Street in Fresno, California at 9:00 a.m. on Wednesday,
3	December 14, 2011.

5	IT IS SO ORDERED.

7	Dated:     December 12, 2011                                         _____
               CHIEF UNITED STATES DISTRICT JUDGE