**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTEZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ),<br><br>             Plaintiffs,<br><br>     v.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police of the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer of the CITY OF FRESNO),<br><br>             Defendants. | **CV F 10 - 0581 AWI DLB**<br><br>**CORRECTED ORDER DIRECTING APPEARANCE IN COURT OF WITNESS** |

1 | Arthur Lopez is hereby ORDERED to appear in Courtroom 2 of the United States District Court located at 2500 Tulare Street in Fresno, California at 9:00 a.m. on Wednesday, December 14, 2011.

IT IS SO ORDERED.

Dated:     December 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE