# FILED

12/21/2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT FRESNO

JULIA ENRIQUEZ

CASE NO. 1:10-cv-00581-AWI

vs.

QUESTIONS FROM JURY

CITY OF FRESNO
_____/

    The attached are questions submitted to the Court during deliberations in the above-entitled case.

H. NAZAROFF
Courtroom Deputy

1

We need clarity on 14th amendment...
Re "deliberately indifferent"

*David Souter* (signature)

May we have an example of Deliberate indifference as it applies to the spectrum of shocks to conscience to how it varies from individual to The Entity. To Page #15

— Dave Smith.

## ENRIQUEZ v. CITY OF FRESNO
## 1:10–CV–0581

### RESPONSE TO JURY QUESTION REQUESTING
### CLARIFICATION OF FOURTEENTH AMENDMENT STANDARD

Deliberate indifference entails something more than negligence, but is satisfied by something less than acts or omissions for the very purpose of causing harm or with knowledge that harm will result. Thus, it is the equivalent of acting recklessly. Recklessness is when a person disregarded a risk of harm of which he is aware, and disregarded that risk by failing to take reasonable measures to abate it.

It is enough that the official acted or failed to act despite his knowledge of a substantial risk of serious harm.

Do all parts of all questions on the verdict form have to be unanimous in order to avoid a deadlocked jury?

If we are not unanimous on ~~disagree~~ an individual sub question such as 1a or 2c (example) is the whole verdict a non-decision?

*[signature]*