ENRIQUEZ v. CITY OF FRESNO
1:10-CV-0581

SPECIAL VERDICT FORM

FILED
DEC 21 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

We, the jury in the above-entitled case, hereby find as follows:

1. Do you find by a preponderance of the evidence that the right of Steven Vargas to be free of excessive or unreasonable force as guaranteed by the Fourth Amendment to the United States Constitution was violated when Mr. Vargas was shot by Sgt. Mike Palomino?

    ☒ Yes (if this box is checked, complete questions 1(a)-1(c), below)
    ☐ No (if this box is checked, go to question 2, on the next page)

1(a) Is Sgt. Palomino liable for the violation of Steven Vargas's right to be free of excessive or unreasonable force under the Fourth Amendment?

    ☒ Yes    ☐ No

1(b) Is Chief Dyer liable for the violation of Steven Vargas's right to be free of excessive or unreasonable force under the Fourth Amendment?

    ☐ Yes    ☒ No

1(c) Is Defendant City of Fresno liable for the violation of Steven Vargas's right to be free of excessive or unreasonable force under the Fourth Amendment?

    ☒ Yes    ☐ No

[CONTINUE TO THE NEXT PAGE]

2. Do you find by a preponderance of the evidence that the rights of Plaintiffs to the companionship and support of their husband, son or father under the Fourteenth Amendment to the United States Constitution was violated by the shooting of Steven Vargas?

☐ Yes (if this box is checked, complete questions 2(a)-2(c), below)   ☐ No (if this box is checked, go to question 3, below)

2(a) Is Sgt. Palomino liable for the violation of the Plaintiffs' rights to the companionship and support of Steven Vargas under the Fourteenth Amendment?

☐ Yes   ☐ No

2(b) Is Chief Dyer liable for the violation of the Plaintiffs' rights to the companionship and support of Steven Vargas under the Fourteenth Amendment?

☐ Yes   ☒ No

2(c) Is Defendant City of Fresno liable for the violation of the Plaintiffs' rights to the companionship and support of Steven Vargas under the Fourteenth Amendment?

☐ Yes   ☒ No

3. If the answer to any portion of either question 1 or question 2 is "Yes," answer the following questions?

3(a) Do you find by a preponderance of the evidence that the actions of Sgt. Palomino constitute conduct that is malicious, oppressive or in reckless disregard of the rights of Steven Vargas or Plaintiffs such that an award of punitive damages is appropriate according to federal law?

☐ Yes   ☒ No

3(b) Do you find by a preponderance of the evidence that the actions of Chief Dyer constitute conduct that is malicious, oppressive or in reckless disregard of the rights of Steven Vargas or Plaintiffs such that an award of punitive damages is appropriate according to federal law?

☐ Yes   ☒ No

[CONTINUE TO THE NEXT PAGE]

4.  Was Sgt. Palomino negligent when he shot Steven Vargas?

    ☐ Yes  ☒ No

5.  Did Sgt. Palomino's shooting of Steven Vargas result in the wrongful death of Steven Vargas?

    ☐ Yes  ☒ No

6.  If the answer to question 5 is "Yes," answer the following questions:

    6(a) Do you find by clear and convincing evidence that the actions of Sgt. Palomino constitute conduct that is malicious or oppressive such that an award of punitive damages is appropriate under California state law?

    ☐ Yes  ☐ No

    6(b) Do you find by clear and convincing evidence that the actions of Chief Dyer constitute conduct that is malicious or oppressive such that an award of punitive damages is appropriate under California state law?

    ☐ Yes  ☐ No

When this Special Verdict Form is completed, the jury foreperson shall sign and date the form below:

_[signature]_  12/20/11

(Signature of jury foreperson)  (Date form completed)