UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ), <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, a municipal corporation; JERRY DYER, in his individual capacity; MIKE PALOMINO, in his individual capacity; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.   10-CV-00581-AWI-BAM <br><br> **ORDER APPROVING COMPROMISE OF MINORS' DISPUTED CLAIMS FOR PLAINTIFFS STEVEN ANTHONY VARGAS, JR., ANGELO ALECZANDER VARGAS, JOSE BLAS FIGUEROA, JR., HAILEY ROSE FIGUEROA, AND LEAH REALYNN GORTAREZ-ENRIQUEZ** <br><br> Action Filed: April 5, 2010 <br> Trial Date:    December 6, 2011 |

It is hereby ordered that Plaintiff Julia Diane Enriquez's Petition to Approve Compromise of Disputed Claims for Minors Steven Anthony Vargas, Jr., Angelo Aleczander Vargas, Jose Blas Figueroa, Jr., Hailey Rose Figueroa, and Leah Realynn Gortarez-Enriquez is GRANTED.

The funds allocated to these minors from the settlement proceeds may be deposited into a Uniform Transfers to Minors Act ("UTMA") account and/or 529 Plan college fund with Fidelity Investments, with Julia Diane Enriquez serving as the trustee for the accounts.

The Court hereby authorizes Plaintiff Julia Diane Enriquez to withdraw up to $250 per year from the accounts of each of the five minor plaintiffs to help pay for clothing, without the need to apply to the Court for permission to do this.  The Court finds that this is a modest sum and that it would be unreasonable to require Ms. Enriquez to apply to the Court annually for such funds.

IT IS SO ORDERED.

Dated:   January 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE