James D. Weakley, Esq.      Bar No. 082853
Valerie J. Velasco, Esq.    Bar No. 267141

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, and MIKE PALOMINO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ), <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as a Chief of Police for the CITY OF FRESNO; MIKE PALOMINO, individually and in his capacity as a police officer for the CITY OF FRESNO; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 1:10-CV-00581-AWI-DLB <br><br> **STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs JULIA DIANE

ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS,

Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR.

---

Stipulated Dismissal and Order

(a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ) and defendants CITY OF FRESNO, FRESNO POLICE CHIEF JERRY DYER, and FRESNO POLICE SERGEANT MICHAEL PALOMINO, through their attorneys of record, hereby jointly request and stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED**.

DATED:  January 31, 2012

WEAKLEY & ARENDT, LLP

By:  /s/  James D. Weakley
James D. Weakley
Attorneys for Defendants

DATED:  January 31, 2012

MORRISON - FOERSTER, LLP

By:  /s/  Arturo Gonzalez
Arturo Gonzalez
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:  February 2, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Dismissal and Order          2